# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | NO. CIV-24-0474-HE |
| ) | |
| LETS SHAKE LLC, ET AL., ) | |
| ) | **MARCH 2026 TRIAL DOCKET** |
| Defendants. ) | |

## SCHEDULING ORDER

Dated: 06/04/2025     Judge Joe Heaton, Presiding     Deputy Clerk: Lisa Minter

Appearing for plaintiff(s):     Maggie Logan, Esq.
Appearing for defendant(s):   Todd Grimmett, Es . and Ben Kirk, Esq.

## ☐ JURY TRIAL DEMANDED - ☐ NON-JURY TRIAL
## THE FOLLOWING DEADLINES ARE SET BY THE COURT:

| | |
|---|---|
| 1. Motions to join additional parties to be filed by 30 days from today. | 5. Plaintiff(s) to file a **final exhibit list** by 11/01/2025.* Defendant(s) to file **objections** to plaintiff(s) final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B) by 11/15/2025. |
| 2. Motions to **amend pleadings** to be filed by 30 days from today. | Defendant(s) to file a **final exhibit list** and any exhibits not previously submitted by: 12/01/2025* Plaintiff(s) to file **objections** to defendant(s) final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B) by: 12/15/2025. |
| 3. Plaintiff(s) to file a **final** list of expert **witness(es) in chief** and **submit expert reports** to defendant(s) by 10/15/2025.* Defendant(s) to file a **final** list of **expert witness(es) in chief** and **submit expert reports** to plaintiff(s) by 11/01/2025.* | *The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify, **and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.** |
| 4. Plaintiff(s) to file a **final** list of **witnesses** together with addresses and brief summary of expected testimony where a witness has not already been deposed by 11/01/2025.* Defendant(s) to file a **final** list of **witnesses** (as described above) 11/15/2025.* | 6. **Discovery** to be completed by 12/01/2025. 7. All dispositive and *Daubert* **motions** to be filed by 12/15/2025. |

|  |  |
|---|---|
| If the deadline for dispositive motions and *Daubert* motions precedes the discovery deadline, the parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.<br><br>8. **Trial Docket MARCH 2026.**\*\*<br><br>\*\***Trial dockets generally begin the second Tuesday of each month. However, this practice varies, particularly during holidays. The setting or sequence of trials in both criminal and civil cases is ordinarily determined at docket call.**<br><br>The interval between the dispositive motion deadline (¶ 7) and the trial docket (¶ 8) is relatively inflexible. An extension of time to file or respond to a motion for summary judgment will likely affect the trial setting.<br><br>9. Designations of **deposition testimony** to be used at trial to be filed by 02/01/2026. Objections and **counter designations** to be filed by 02/15/2026.<br><br>10. Motions in *limine* to be filed by 02/15/2026. | 11. Requested *voir dire* to be filed by 02/15/2026.<br><br>12. **Trial briefs** (optional unless otherwise ordered) to be filed by 02/15/2026.<br><br>13. Requested **jury instructions** to be filed on or before 02/15/2026.<br><br>14. **Proposed finds and conclusions of law** are to be filed not later than _____.\*\*\*<br><br>\*\*\***In addition to filing, the parties are encouraged, but not required, to submit their proposed jury instructions or findings of fact and conclusions of law in Microsoft Word format to the Clerk via the court's designated mailbox at**: hearon-orders@okwd.uscourts.gov.<br><br>15. Responses to motions in *limine* shall be filed within **fourteen (14) days**. Any objections or response to the trial submissions referenced in 11, 12, 13, or 14 shall be filed within **seven (7) days**.<br><br>16. The **Final Pretrial Report**, approved by <u>all</u> counsel, and in full compliance with Local Rules (See Appendix IV), together with a proposed order approving the report, shall be submitted to the court by 02/15/2026. |

17. This case is referred to **ADR**:

   ☐ by agreement of the parties, with the approval of the Court:
    ☒ by **Order of the Court**:
     ☒  **Mediation**.
     ☐  Judicial Settlement Conference; or
     ☐  Other: _____ .

If the case is referred to mediation, the process shall be completed and a report filed with the court by the parties, stating whether the case settled, not later than **12/15/2025**.

18. Notwithstanding LCvR16(a), this case will <u>not</u> be automatically set for judicial settlement conference. The court <u>will</u>, however, ordinarily order such a conference if the parties file a joint motion requesting the same within **seven (7) days** after the trial docket is published. The motion shall provide reasons justifying the commitment of court resources to the settlement process and shall describe the efforts of the parties to affect an agreed resolution of the case by direct discussions or otherwise. The court <u>may</u> order such a conference upon the motion of a single party filed within that time period, but

any such motion must make a particularly strong showing of the need for a judicial conference and shall state why a joint motion has not been made.

19.  ☐   The parties' consent to trial by United States Magistrate Judge.

20.  Initial disclosures pursuant to Fed. R. Civ. P. 26 have been:  ☐  made;  ☐  are excused; or ☒ shall be made not later than **06/18/2025**.

21.  Other:

Dated this 4th day of June, 2025.

**BY ORDER OF THE COURT**
**JOAN KANE, CLERK OF COURT**

By:    s/Lisa Minter
         Deputy Clerk

Copies to all parties