## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

SONIC INDUSTRIES LLC,                )
a Delaware limited liability company, and  )
SONIC FRANCHISING LLC,               )
a Delaware limited liability company,  )
                                     )
                Plaintiffs           )
v.                                   )
                                     )        NO.  CIV-24-0474-HE
LET'S SHAKE, L.L.C.,                 )
a Texas limited liability company,    )
SUNIL DHAROD, and                    )
LET'S SHAKE ON IT, L.L.C.,           )
a Texas limited liability company,    )
                                     )
                Defendants.          )

## ORDER

Defendants' unopposed motion for extension of deadline [Doc. #32] is **GRANTED**.

Defendants shall file their initial disclosures not later than **June 30, 2025**.

**IT IS SO ORDERED**.

Dated this 17th day of June, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE