IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) SONIC INDUSTRIES LLC, )
a Delaware limited liability company, and )
(2) SONIC FRANCHISING LLC, )
a Delaware limited liability company, )
)
          Plaintiffs )
v. )
)
(1) LET'S SHAKE, L.L.C., ) Case No. CIV-24-474-HE
a Texas limited liability company, )
(2) SUNIL DHAROD, individually, and )
(3) LET'S SHAKE ON IT, L.L.C., )
a Texas limited liability company, )
)
          Defendants. )

## DEFENDANTS' OPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendants Let's Shake, L.L.C., Sunil Dharod, and Let's Shake on It, L.L.C. (collectively "Defendants"), pursuant to Fed. R. Civ. P. 6 and LCvR 6.3, submit this Motion to Amend Scheduling Order and state the following:

1. Plaintiffs Sonic Industries LLC and Sonic Franchising LLC, (collectively herein as "Sonic") filed this action on May 9, 2024, and caused summonses to be issued to Defendants the same day. *See* Docs. 1-2.

2. Defendants were each served by certified mail on or about May 13, 2024.

3. On June 4, 2025, the Court entered its Scheduling Order [Doc. 31], setting the following deadlines:

| Deadline | Date |
|---|---|
| Initial Disclosures | June 18, 2025 |

- 2 -

| | |
|---|---|
| Motions to Join or Amend | July 4, 2025 |
| Plaintiffs' Expert Identification and Reports | October 15, 2025 |
| Defendants' Expert Identification and Reports | November 1, 2025 |
| Plaintiffs' final list of witnesses and exhibits | November 1, 2025 |
| Defendants' final list of witnesses | November 15, 2025 |
| Defendants' final list of exhibits | December 1, 2025 |
| Discovery Cutoff | December 1, 2025 |
| Dispositive Motions and Daubert Motions | December 15, 2025 |
| Mediation complete | December 15, 2025 |
| Deposition/Videotaped/Interrogatory Designations | February 1, 2026 |
| Counter-Designations | February 15, 2026 |
| Motions in Limine Cutoff | February 15, 2026 |
| Requested Jury Instructions and *Voir Dire* | February 15, 2026 |
| Final Pretrial Report and Proposed Pretrial Order | February 15, 2026 |
| Trial Date | March 2026 |

   4. Despite the parties' ongoing efforts to resolve the claims in this matter, a comprehensive resolution of all such claims has not been reached at this point. However, these efforts are ongoing, with the continuing goal of reaching a settlement prior to the trial date.

   5. In addition to the time spent working toward a comprehensive settlement of the claims in this matter, and the related claims which have been separated for arbitration, several of the key personnel for the Defendants have had to devote much of their attention

to the litigation of an unrelated matter, which recently concluded with a trial on the merits and a perfected appeal.

6. The Defendants represent to the Court that the requested amendment is not for purposes of delay, but rather is necessary in this case for the reasons set forth above. The requested amendment will not prejudice any party because it will not delay the actual trial date. Rather, the requested amendment will allow the parties to fully complete the discovery which is necessary to be prepared for trial in March of next year.

7. To allow the parties time to continue their efforts towards resolving this matter through settlement negotiations, conserve resources, and complete necessary discovery, the parties respectfully request a 30-day extension of certain of the deadlines outlined in the Scheduling Order as follows:

| **Deadline** | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Initial Disclosures | June 18, 2025 | No change |
| Motions to Join or Amend | July 4, 2025 | No change |
| Plaintiffs' Expert Identification and Reports | October 15, 2025 | |
| **Defendants' Expert Identification and Reports** | **November 1, 2025** | **December 1, 2025** |
| **Plaintiffs' final list of witnesses and exhibits** | **November 1, 2025** | **December 1, 2025** |
| **Defendants' final list of witnesses** | **November 15, 2025** | **December 15, 2025** |
| **Defendants' final list of exhibits** | **December 1, 2025** | **January 16, 2026** |
| **Discovery cutoff** | **December 1, 2025** | **January 16, 2026** |
| **Dispositive Motions and Daubert Motions** | **December 15,** | **January 23, 2026** |

|  | **2025** |  |
|---|---|---|
| Mediation complete | December 15, 2025 | No change |
| Designation of deposition testimony. | February 1, 2026 | No change |
| Objections and counter designations | February 15, 2026 | No change |
| Motions in limine | February 15, 2026 | No change |
| Requested Jury Instructions and *Voir Dire* | February 15, 2026 | No change |
| Final Pretrial Report and proposed order | February 15, 2026 | No change |
| Trial Date | March 2026 | No change |

8. Defendants have conferred with counsel regarding the Defendants' intent to seek the above amendments to the scheduling order. Sonic's counsel has informed Defendants that they will be filing an objection to the requested amendment of the Scheduling Order.

9. Defendants' request for leave is made in good faith and is not sought for the purposes of delay. Likewise, this Court's grant of the requested amendment to the Scheduling Order will not unduly prejudice the rights of any party involved in this case, and this request for relief is made with full reservation of rights and without waiver of any defenses or other rights that may hereafter be asserted.

10. Defendants have previously requested (Doc. 7) and received (Doc. 8) an extension of time in which to answer or otherwise respond to the Complaint in this matter. Defendants have also previously requested a 7-day extension to file a reply to Plaintiffs' Response to Defendants' Motion to Compel Arbitration, which was granted on January 28, 2025 (Doc. 14), and a 12-day extension to file Defendants' Initial Disclosures, which was

granted on June 17, 2025 (Doc. 33).  Defendants have not previously sought any other extensions of the Scheduling Order in this matter.

11. The requested extension will not impact or delay the trial date or any other deadlines in this matter, other than the discovery deadlines identified above.

12. A proposed order is submitted contemporaneously herewith as Exhibit 1.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion to Amend Scheduling Order, as detailed herein.

Respectfully submitted,

By:  /s/ D. Benham Kirk, OBA No. 5044
D. Benham Kirk, OBA No. 5044
Michael S. Linscott, OBA No. 17266
Todd L. Grimmett, OBA No. 21199
210 Park Avenue, Suite 1200
Oklahoma City, Oklahoma 73102-5603
dbkirk@dsda.com
mlinscott@dsda.com
tgrimmett@dsda.com
Phone: 405.319.3506
Phone: 918.591.5288
Phone: 405.898.8660
Fax: 405.319.3536
Fax: 918.925.5288
Fax: 405.898.8689
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

      I hereby certify that on Friday, October 31, 2025, I transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF Registrants:

JOE M. HAMPTON, OBA No. 11851
TOBY M. McKINSTRY, OBA No. 17401
MAGGIE M. LOGAN, OBA No. 3322
TOMLINSON MCKINSTRY, P.C.
Two Leadership Square
211 North Robinson Ave., Suite 450
Oklahoma City, OK 73102
Telephone: (405) 702-4346
Facsimile: (833) 657-0184
joeh@tmoklaw.com
tobym@tmoklaw.com
maggiel@tmoklaw.com

                                            /s/ D. Benham Kirk
                                            D. Benham Kirk