# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) SONIC INDUSTRIES LLC, )
a Delaware limited liability company, and )
(2) SONIC FRANCHISING LLC, )
a Delaware limited liability company, )
 )
          Plaintiffs )
v. )
 )
(1) LET'S SHAKE, L.L.C., )  Case No. CIV-24-474-HE
a Texas limited liability company, )
(2) SUNIL DHAROD, individually, and )
(3) LET'S SHAKE ON IT, L.L.C., )
a Texas limited liability company, )
 )
          Defendants. )

## ORDER ON DEFENDANTS' OPPOSED
## MOTION TO AMEND SCHEDULING ORDER

Before the Court is Defendants' Opposed Motion to Amend Scheduling Order (Doc. ), filed by Defendants Let's Shake, L.L.C., Sunil Dharod, and Let's Shake on It, L.L.C. (collectively, "Defendants"). Upon review of the same, and for good cause shown, the Court finds that said Motion should be **GRANTED**.

IT IS THEREFORE ORDERED ADJUDGED, AND DECREED that the Scheduling Order is amended as set forth below:

| Deadline | Previous Deadline | Amended Deadline |
|---|---|---|
| Initial Disclosures | June 18, 2025 | No amendment |
| Motions to Join or Amend | July 4, 2025 | No amendment |
| Plaintiffs' Expert Identification and Reports | October 15, 2025 | |
| **Defendants' Expert Identification and** | **November 1, 2025** | **December 1, 2025** |

| **Reports** | | |
|---|---|---|
| **Plaintiffs' final list of witnesses and exhibits** | **November 1, 2025** | **December 1, 2025** |
| **Defendants' final list of witnesses** | **November 15, 2025** | **December 15, 2025** |
| **Defendants' final list of exhibits** | **December 1, 2025** | **January 16, 2026** |
| **Discovery cutoff** | **December 1, 2025** | **January 16, 2026** |
| **Dispositive Motions and Daubert Motions** | **December 15, 2025** | **January 23, 2026** |
| Mediation complete | December 15, 2025 | No amendment |
| Designation of deposition testimony. | February 1, 2026 | No amendment |
| Objections and counter designations | February 15, 2026 | No amendment |
| Motions in limine | February 15, 2026 | No amendment |
| Requested Jury Instructions and *Voir Dire* | February 15, 2026 | No amendment |
| Final Pretrial Report and proposed order | February 15, 2026 | No amendment |
| Trial Date | March 2026 | No amendment |

**IT IS SO ORDERED**.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE