# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC, ) <br> a Delaware limited liability company, and ) <br> SONIC FRANCHISING LLC, ) <br> a Delaware limited liability company, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> LET'S SHAKE, L.L.C., ) <br> a Texas limited liability company, ) <br> SUNIL DHAROD, an individual, and ) <br> LET'S SHAKE ON IT, L.L.C., ) <br> a Texas limited liability company, ) <br> ) <br> Defendants. ) | Case No. 5:24-cv-00474-HE |

## PLAINTIFFS' FINAL WITNESS AND EXHIBIT LISTS

In accordance with the Court's Scheduling Order (Doc 31), Plaintiffs Sonic Industries LLC and Sonic Franchising LLC, provide the following Witness and Exhibit Lists. Plaintiffs reserve the right to supplement these lists as discovery is ongoing.

## PLAINTIFFS' LIST OF WITNESSES EXPECTED TO BE CALLED

| No. | Name and Address | Brief Synopsis of Testimony |
|---|---|---|
| 1. | Nicki Robinson, Vice President – Sonic Franchise Operations c/o Plaintiffs' Counsel | Records custodian for Plaintiffs will identify and authenticate the subject agreements and documents between Plaintiffs and Defendants including but not limited to transfer and relinquishment of license agreements, transfer agreement, license agreements, amendment to license agreements, notices of default under license agreements. |

| No. | Name and Address | Brief Synopsis of Testimony |
|---|---|---|
| 2. | Ted Tetrick, Inspire Brands, Vice-President Sonic Finance c/o Plaintiffs' Counsel | Will testify concerning Sonic's accounting of fees owed by Defendants under their license agreements and related agreements with Sonic, the amounts due and owing on a restaurant-by-restaurant basis and the overall total. |
| 3. | Tammy Johnson, Inspire Brands, Sr. Director, Finance Revenue & Corporate Cash c/o Plaintiffs' Counsel | Will testify concerning Sonic's accounting of fees owed by Defendants under their license agreements and related agreements with Sonic, the amounts due and owing on a restaurant-by-restaurant basis and the overall total. |
| 4. | Corporate Representative of Let's Shake, L.L.C. c/o Defense Counsel | Expected to testify concerning its agreements with Plaintiffs and its non-payment of fees owed to Plaintiffs under such agreements. To be deposed. |
| 5. | Sunil Dharod c/o Defense Counsel | Expected to testify concerning Let's Shake, LLC's agreements with Plaintiffs, his guarantee of payment of all amounts owed to Plaintiffs under such agreements, and his non-payment of its guaranty obligations. To be deposed. |
| 6. | Corporate Representative of Let's Shake On It, L.L.C c/o Defense Counsel | Expected to testify concerning Let's Shake, LLC's agreements with Plaintiffs, its guarantee of payment of all amounts owed to Plaintiffs under such agreements, and its non-payment of its guaranty obligations. To be deposed. |
| 7. | Plaintiffs reserve the right to identify additional witnesses as discovery continues and is completed. | |

## PLAINTIFFS' LIST OF WITNESSES WHO MAY BE CALLED

| No. | Name and Address | Brief Synopsis of Testimony |
|---|---|---|
| 1. | Additional witnesses as a result of ongoing discovery. | |
| 2. | All witnesses deposed. | |

| No. | Name and Address | Brief Synopsis of Testimony |
|---|---|---|
| 3. | All witnesses, including any expert witness, listed by Defendants and not objected to by Plaintiffs. | |
| 4. | Rebuttal witnesses. | |
| 5. | Plaintiffs reserve the right to add additional witnesses as discovery progresses. | |

### PLAINTIFFS' LIST OF EXHIBITS EXPECTED TO BE USED

| No. | Bates Number | Description |
|---|---|---|
| 1. | SONIC – 000001-000191 | Acquisition Agreement between Let's Shake, L.L.C., Sunil Dharod, Let's Shake On It, L.L.C. and Sonic Restaurants, Inc. and SRI Real Estate Properties, LLC dated October 26, 2016, and exhibits thereto |
| 2. | SONIC – 000192-000194 | First Amendment to Acquisition Agreement between Let's Shake, L.L.C., Sunil Dharod, Let's Shake On It, L.L.C. and Sonic Restaurants, Inc. and SRI Real Estate Properties, LLC dated November 3, 2016 |
| 3. | SONIC – 000195-000199 | Guaranty and Restriction Agreement between Sonic Franchising LLC and Let's Shake L.L.C. dated November 3, 2016 |
| 4. | SONIC – 000200-000272 | Number 7.2 Development Agreement between Sonic Franchising LLC and Let's Shake, L.L.C. dated November 3, 2016, and exhibits and amendment thereto |
| 5. | SONIC – 000273-000276 | General Release Agreement between Sonic Corp., Sonic Industries Services Inc., Sonic Industries LLC, Sonic Franchising LLC, Sonic Restaurants, Inc., SRI Real Estate Properties LLC, Let's Shake, L.L.C., Sunil Dharod and Let's Shake On It, L.L.C. dated November 3, 2016 |
| 6. | SONIC – 000277-000281 | Guaranty Agreement between Let's Shake On It, L.L.C., Sunil Dharod and Sonic Restaurants, Inc. and SRI Real Estate Properties LLC dated November 4, 2016 |
| 7. | SONIC – 000282-000299 | Membership Interest Purchase Agreement between SRI Operating Company, Let's Shake On It, L.L.C. |

3

| No. | Bates Number | Description |
|---|---|---|
|  |  | and Let's Shake, L.L.C. dated June 2020, and exhibits thereto |
| 8. | SONIC – 000300-000311 | Transfer and Relinquishment of License Agreements for SC#s 1839, 2869, 2873, 2904, 2943, 2949, 2950, 2952, 2955, 2959, 2970, 2973, 2976, 2981, 2983, 3376, 3465, 3532, 3630, 3659, 3696, 3709, 3841, 3849, 3851, 3898, 3933, 3934, 4043, 4060, 4094, 4117, 4276, 4451, 4575, 4869, 5134, 5158, 5210, 5214, 5333, 5391, 5439, 5676, 5703, 5918, and 6450, between Let's Shake On It, L.L.C., Let's Shake, L.L.C., Sunil Dharod, Sonic Industries LLC and Sonic Franchising, LLC dated November 25, 2020 |
| 9. | SONIC – 000312-000385 | Sonic Franchising, LLC's Notice of Termination of Number 7.2 Development Agreement Letter to Let's Shake, L.L.C./Sunil Dharod dated February 22, 2023, and attachments thereto |
| 10. | SONIC – 000386-000392 | Sonic Franchising, LLC's Requested Closure Letter for Sonic Restaurant #4117 to Let's Shake, L.L.C., Still Shakin It, LLC and Sunil Dharod dated July 5, 2023, and attachments thereto |
| 11. | SONIC – 000393-000399 | Sonic Franchising, LLC's Notice of Default and Impending Termination of License Agreements to Let's Shake, L.L.C., Let's Shake On It, L.L.C., SRI Operating Company and Sunil Dharod for Sonic Restaurant #s 1839, 2869, 2873, 2904, 2943, 2949, 2952, 2955, 2976, 2981, 2983, 3376, 3465, 3532, 3630, 3659, 3709, 3841, 3849, 3851, 3898, 3934, 4043, 4060, 4094, 4276, 4451, 4575, 4869, 5134, 5158, 5210, 5214, 5333, 5391, 5439, 5676, 5703 and 5918), dated April 5, 2024, and attachments thereto |
| 12. | SONIC – 000400-000404 | Sonic Franchising, LLC's Notice of Default and Impending Termination of License Agreements to Let's Shake, L.L.C., Sunil Dharod and Let's Shake On It, L.L.C. for Sonic Restaurant #s 2970, 2973 and 6450, dated April 5, 2024, and attachments thereto |
| 13. | SONIC – 000405-000578 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #1839 |
| 14. | SONIC – 000579-000729 | Licensing and Franchise Agreements for Sonic Restaurant #2869 |

| No. | Bates Number | Description |
|---|---|---|
| 15. | SONIC – 000730-000870 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2873 |
| 16. | SONIC – 000871-000982 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2904 |
| 17. | SONIC – 000983-001096 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2943 |
| 18. | SONIC – 001097-001214 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2949 |
| 19. | SONIC – 001215-001322 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2952 |
| 20. | SONIC – 001323-001428 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2955 |
| 21. | SONIC – 001429-001542 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2970 |
| 22. | SONIC – 001543-001643 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2973 |
| 23. | SONIC – 001644-001753 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2976 |
| 24. | SONIC – 001754-001863 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2981 |
| 25. | SONIC – 001864-001969 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #2983 |
| 26. | SONIC – 001970-002084 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3376 |
| 27. | SONIC – 002085-002179 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3465 |
| 28. | SONIC – 002180-002299 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3532 |
| 29. | SONIC – 002300-002388 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3630 |
| 30. | SONIC – 002389-002475 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3659 |
| 31. | SONIC – 002476-002563 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3709 |
| 32. | SONIC – 002564-002650 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3841 |
| 33. | SONIC – 002651-002745 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3849 |
| 34. | SONIC – 002746-002838 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3851 |

| No. | Bates Number | Description |
|---|---|---|
| 35. | SONIC – 002839-002926 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3898 |
| 36. | SONIC – 002927-003015 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #3934 |
| 37. | SONIC – 003016-003101 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #4043 |
| 38. | SONIC – 003102-003202 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #4060 |
| 39. | SONIC – 003203-003295 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #4094 |
| 40. | SONIC – 003296-003389 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #4276 |
| 41. | SONIC – 003390-003482 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #4451 |
| 42. | SONIC – 003483-003576 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #4575 |
| 43. | SONIC – 003577-003665 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #4869 |
| 44. | SONIC – 003666-003754 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5134 |
| 45. | SONIC – 003755-003854 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5158 |
| 46. | SONIC – 003855-003943 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5210 |
| 47. | SONIC – 003944-004033 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5214 |
| 48. | SONIC – 004034-004123 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5333 |
| 49. | SONIC – 004124-004213 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5391 |
| 50. | SONIC – 004214-004302 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5439 |
| 51. | SONIC – 004303-004391 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5676 |
| 52. | SONIC – 004392-004481 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5703 |
| 53. | SONIC – 004482-004571 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #5918 |
| 54. | SONIC – 004572-004642 | Licensing, Franchise, Transfer and Guaranty Agreements for Sonic Restaurant #6450 |

| No. | Bates Number | Description |
|---|---|---|
| 55. | | All expert reports and CVs of Defendants' experts not objected to by Plaintiffs. |
| 56. | | Demonstrative aids and/or diagrams to be used at trial. |

### PLAINTIFFS' LIST OF EXHIBITS WHICH MAY BE USED

| No. | Bates Number | Description |
|---|---|---|
| 1. | | Documents to be produced by Defendants, if any. To be more particularly identified upon production. |
| 2. | | All discovery responses of Defendants. |
| 3. | | All documents identified through further discovery. |
| 4. | | All exhibits listed by Defendants and not objected to by Plaintiffs. |
| 5. | | All depositions and deposition exhibits of any deposition taken in this case. |
| 6. | | All documents used as exhibits to dispositive motions filed by Plaintiffs. |
| 7. | | Any and all additional documents not listed produced by the parties or pursuant to subpoena during the course of discovery to which Plaintiffs do not object. |
| 8. | | Documents that may be generated by experts. |

Respectfully submitted,

s/ *Joe M. Hampton*
JOE M. HAMPTON, OBA No. 11851
TOBY M. McKINSTRY, OBA No. 17401
MAGGIE M. LOGAN, OBA No. 33222
TOMLINSON MCKINSTRY, P.C.
Two Leadership Square
211 North Robinson Ave., Suite 450
Oklahoma City, OK 73102
Telephone: (405) 702-4346
Facsimile: (833) 657-0184
joeh@tmoklaw.com

tobym@tmoklaw.com
maggiel@tmoklaw.com

**ATTORNEYS FOR PLAINTIFFS,
SONIC INDUSTRIES LLC and
SONIC FRANCHISING LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2025, I authorized the electronic filing of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the email address denoted on the Electronic Mail Notice List.

                                                    s/*Joe M. Hampton*
                                                    JOE M. HAMPTON