IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC, a Delaware limited liability company, and SONIC FRANCHISING LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>LET'S SHAKE, L.L.C., a Texas limited liability company, SUNIL DHAROD, an individual, and LET'S SHAKE ON IT, L.L.C., a Texas limited liability company,<br><br>        Defendants. | Case No. 5:24-cv-00474-HE |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OPPOSED MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs, Sonic Industries LLC ("SIL") and Sonic Franchising LLC ("SFL") (at times SIL and SFL are collectively referenced as "Sonic"), for their Response to Defendants' Opposed Motion to Amend Scheduling Order (Doc 36), state as follows:

1. Plaintiffs are the franchisors of the Sonic drive-in restaurant chain. Defendant Let's Shake, L.L.C. ("Licensee") is a party to 42 Sonic License Agreements (the "License Agreements"). Defendants Sunil Dharod ("Dharod" or "Guarantor") and Let's Shake On It, L.L.C. ("Added Guarantor") agreed to guarantee the performance of all of Licensee's obligations under the License Agreements.

2. Sonic filed this lawsuit on May 9, 2024, to recover unpaid fees due and owing under the License Agreements, together with accrued contractual interest, statutory pre

and post-judgment interest, costs and reasonable attorney's fees. The total amount of the unpaid fees and contractual interest currently exceeds $5 million.

3. It is undisputed that Defendants have not satisfied their payment obligations to Sonic. Sonic will file a dispositive motion prior to the existing Scheduling Order deadline.[1]

4. Sonic opposes Defendants' request for amendment of the Scheduling Order because it is unnecessary in the context of this straightforward commercial collection case. It is undisputed that Defendants owe Sonic money. The only arguably open issue is how much.

5. Defendants have not initiated any discovery in this action despite the fact that it has been pending since May 9, 2024.

6. Sonic will continue to comply with each and every original Scheduling Order deadline so this case is ready for decision by dispositive motion or at trial in March 2026.

Respectfully submitted,

s/Joe M. Hampton
JOE M. HAMPTON, OBA No. 11851
TOBY M. McKINSTRY, OBA No. 17401
MAGGIE M. LOGAN, OBA No. 33222
TOMLINSON MCKINSTRY, P.C.
Two Leadership Square

---

[1] Defendants request a 39-day extension of the dispositive motion deadline (December 15, 2025, to January 23, 2026). The extended deadline, if granted, would result in the dispositive motion being fully briefed and at issue until on or about February 20, 2026, 16 days before the Court's trial docket begins.

211 North Robinson Ave., Suite 450
Oklahoma City, OK 73102
Telephone: (405) 702-4346
Facsimile: (833) 657-0184
joeh@tmoklaw.com
tobym@tmoklaw.com
maggiel@tmoklaw.com

**ATTORNEYS FOR PLAINTIFFS,
SONIC INDUSTRIES LLC and
SONIC FRANCHISING LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the NextGen CM/ECF system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/Joe M. Hampton
JOE M. HAMPTON