# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC, <br> a Delaware limited liability company, and <br> SONIC FRANCHISING LLC, <br> a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> LET'S SHAKE, L.L.C., <br> a Texas limited liability company, <br> SUNIL DHAROD, an individual, and <br> LET'S SHAKE ON IT, L.L.C., <br> a Texas limited liability company, <br><br> Defendants. | Case No. 5:24-cv-00474-HE |

## DECLARATION OF NICKI ROBINSON

I, Nicki Robinson, declare and state as follows:

1. I am currently the Vice President – Sonic Franchise Operations for Plaintiffs, Sonic Industries LLC ("SIL") and Sonic Franchising LLC ("SFL"), and their predecessors and/or affiliated entities (collectively "Sonic"). I have personal knowledge and familiarity regarding the creation and maintenance of Sonic's business records including license agreements, guaranty agreements, promissory notes and other similar documents relating to the licensing and development of Sonic Drive-In® branded restaurants.

2. I make this Declaration based on information contained in Sonic's business records.

1

3. I make this Declaration in support of the Motion for Summary Judgment filed on behalf of Plaintiffs in this action.

4. SIL is the franchisor/licensor for Sonic Drive-In license and development agreements signed before May 20, 2011.

5. SFL is the franchisor/licensor for Sonic Drive-In license and development agreements signed on or after May 20, 2011.

6. SIL and SFL, as licensors, and Defendant Let's Shake, L.L.C. ("Let's Shake"), pursuant to a Transfer and Relinquishment of License Agreements effective November 25, 2020 (the "Transfer Agreement"), are parties to written license agreements on the dates and for the locations set forth below:

| Store # | Address | City | State | License Agrmt Date | Licensor |
|---|---|---|---|---|---|
| 1839 | 9080 FM 78 | Converse | TX | 09/01/1994 | SFL |
| 2869 | 6523 San Pedro Avenue | San Antonio | TX | 09/01/2014 | SFL |
| 2873 | 320 Farm Market 78 | Schertz | TX | 09/01/2014 | SFL |
| 2904 | 5031 Rigsby Avenue | San Antonio | TX | 09/01/2014 | SFL |
| 2943 | 6111 Ingram Road | San Antonio | TX | 09/01/2014 | SFL |
| 2949 | 7902 Culebra | San Antonio | TX | 09/01/2014 | SFL |
| 2952 | 13131 Nacogdoches | San Antonio | TX | 09/01/2014 | SFL |
| 2955 | 5510 Babcock Road | San Antonio | TX | 09/01/2014 | SFL |
| 2970 | 4319 South New Braunfels | San Antonio | TX | 10/01/2008 | SIL |

| Store # | Address | City | State | License Agrmt Date | Licensor |
|---|---|---|---|---|---|
| 2973 | 2314 Thousand Oaks | San Antonio | TX | 10/01/2008 | SIL |
| 2976 | 6221 Dezavala Road | San Antonio | TX | 09/01/2014 | SFL |
| 2981 | 1730 Horal Drive | San Antonio | TX | 09/01/2014 | SFL |
| 2983 | 955 East Bitters Road | San Antonio | TX | 09/01/2014 | SFL |
| 3376 | 2301 Blanco Road | San Antonio | TX | 11/10/1995 | SFL |
| 3465 | 6608 FM 78 | San Antonio | TX | 06/24/1996 | SIL |
| 3532 | 16401 Nacogdoches Road | San Antonio | TX | 02/27/1997 | SIL |
| 3630 | 351 Valley Hi Drive | San Antonio | TX | 08/04/1997 | SIL |
| 3659 | 422 S Zorzamora | San Antonio | TX | 11/05/1997 | SIL |
| 3709 | 1281 Junction Highway | Kerrville | TX | 02/17/1998 | SIL |
| 3841 | 10831 Potranco Road | San Antonio | TX | 07/08/1998 | SIL |
| 3849 | 2135 IH 35 North | San Antonio | TX | 08/10/1998 | SIL |
| 3851 | 121 West Bandera | Boerne | TX | 09/16/1998 | SIL |
| 3898 | 11725 O'Conner Road | San Antonio | TX | 10/27/1998 | SIL |
| 3934 | 6341 Pearsall Road | San Antonio | TX | 05/13/1999 | SIL |
| 4043 | 973 Bandera Road | San Antonio | TX | 09/20/1999 | SIL |
| 4060 | 3510 Roosevelt Avenue | San Antonio | TX | 01/10/2001 | SIL |
| 4094 | 1013 Main Street | Bandera | TX | 09/26/2000 | SIL |
| 4276 | 10885 FM 471 West | San Antonio | TX | 05/14/2001 | SIL |
| 4451 | 12405 Bandera Road | Helotes | TX | 08/20/2001 | SIL |

3

| Store # | Address | City | State | License Agrmt Date | Licensor |
|---|---|---|---|---|---|
| 4575 | 4318 Vance Jackson Road | San Antonio | TX | 12/28/2001 | SIL |
| 4869 | 9424 West FM 471 | San Antonio | TX | 08/07/2003 | SIL |
| 5134 | 1435 Austin Highway | San Antonio | TX | 01/19/2005 | SIL |
| 5158 | 1727 Sidney Baker | Kerrville | TX | 05/26/2004 | SIL |
| 5210 | 2209 NW Military Highway | Castle Hill | TX | 11/23/2004 | SIL |
| 5214 | 4623 IH 35 South | San Antonio | TX | 03/15/2005 | SIL |
| 5333 | 9703 Poteet-Jourdanton Fwy. | San Antonio | TX | 02/27/2006 | SIL |
| 5391 | 24039 I-10 West | San Antonio | TX | 03/23/2006 | SIL |
| 5439 | 8738 Potranco Road | San Antonio | TX | 06/09/2006 | SIL |
| 5676 | 9684 West Loop 1604 North | San Antonio | TX | 05/23/2007 | SIL |
| 5703 | 8316 Hausman Road | San Antonio | TX | 09/20/2007 | SIL |
| 5918 | 3035 TPC Parkway | San Antonio | TX | 11/21/2008 | SIL |
| 6450 | 4039 South Loop 1604 East | San Antonio | TX | 11/04/2014 | SFL |

7. The stores listed in Paragraph 6 are governed by five forms of Sonic license agreements as follows:

- LA Form 4.2/5.1 – Store Nos. 1839, 2869, 2873, 2904, 2943, 2949, 2952, 2955, 2976, 2981, 2983,

- LA Form 5.1 – Store Nos. 3376, 3465, 3532, 3630, 3659,

- LA Form 6 – Store Nos. 3709, 3841, 3849, 3851, 3898,

4

- LA Form 6A – Store Nos. 4043, 4060, 4094, 4276, 4451, 4575, 4869, 5134, 5158, 5210, 5214, 5333, 5391, 5439, 5676, 5703, 5918, and
- LA Form 7 – Store Nos. 2970, 2973, 6450.

8. A true and correct copy of the Form 4.2/5.1 License Agreement for Store No. 1839, as it exists and is maintained in Sonic's business records, is designated as Exhibit 4 to Sonic's Motion for Summary Judgment. The Form 4.2/5.1 License Agreements for Store Nos. 1839, 2869, 2873, 2904, 2943, 2949, 2952, 2955, 2976, 2981, 2983, are substantially identical to Exhibit 4 with the exception of the store address and number.

9. A true and correct copy of the Form 5.1 License Agreement for Store No. 3376, as it exists and is maintained in Sonic's business records, is designated as Exhibit 5 to Sonic's Motion for Summary Judgment. The Form 5.1 License Agreements for Store Nos. 3376, 3465, 3532, 3630, 3659, are substantially identical to Exhibit 5 with the exception of the store address and number.

10. A true and correct copy of the Form 6 License Agreement for Store No. 3709, as it exists and is maintained in Sonic's business records, is designated as Exhibit 6 to Sonic's Motion for Summary Judgment. The Form 6 License Agreements for Store Nos. 3709, 3841, 3849, 3851, 3898, are substantially identical to Exhibit 6 with the exception of the store address and number.

11. A true and correct copy of the Form 6A License Agreement for Store No. 3934, as it exists and is maintained in Sonic's business records, is designated as Exhibit 7

5

to Sonic's Motion for Summary Judgment. The Form 6A License Agreements for Store Nos. 4043, 4060, 4094, 4276, 4451, 4575, 4869, 5134, 5158, 5210, 5214, 5333, 5391, 5439, 5676, 5703, 5918, are substantially identical to Exhibit 7 with the exception of the store address and number.

12. A true and correct copy of the Form 7 License Agreement for Store No. 2970, as it exists and is maintained in Sonic's business records, is designated as Exhibit 8 to Sonic's Motion for Summary Judgment. The Form 7 License Agreements for Store Nos. 2970, 2973, 6450, are substantially identical to Exhibit 8 with the exception of the store address and number.

13. A true and correct copy of the Amendment to License Agreements effective March 1, 2016, as it exists and is maintained in Sonic's business records, is designated as Exhibit 9 to Sonic's Motion for Summary Judgment.

14. A true and correct copy of the Amendment to License Agreements effective November 3, 2016, as it exists and is maintained in Sonic's business records, is designated as Exhibit 10 to Sonic's Motion for Summary Judgment.

15. True and correct copies of the written notices of default issued by Sonic and dated January 24, 2024, and April 5, 2024, as they exist and are maintained in Sonic's business records, are designated as Exhibits 11, 12, 13 and 14 to Sonic's Motion for Summary Judgment.

I, Nicki Robinson, declare under penalty of perjury that the foregoing is true and correct.

Executed this <u>  17  </u> day of November 2025.

*Nicki Robinson*
Nicki Robinson (Nov 17, 2025 14:37:51 CST)
_____
Nicki Robinson