# EXHIBIT 9

## AMENDMENT TO LICENSE AGREEMENTS
(Brand Technology Fund and Extension)

The applicable licensor, Sonic Industries LLC or Sonic Franchising LLC ("Sonic"), and the undersigned (the "Licensee") enter into this Amendment to License Agreements (this "Amendment") effective as of the 1st day of March, 2016 (the "Effective Date").

WITNESSETH:

Whereas, the Licensee and Sonic are parties to those certain Sonic license agreement(s) for certain Sonic restaurants as listed on Schedules A and B hereto (each, an "Agreement" and, collectively, the "Agreements"); and

Whereas, Sonic and the Licensee wish to amend the Agreements to add terms for a technology fee and the Brand Technology Fund and also to extend the terms of the Agreements by 10 years; and

Whereas, unless otherwise defined herein, capitalized terms used in this Amendment shall have the meanings ascribed to them in the Agreements.

Now, therefore, in consideration of the mutual covenants contained in this Amendment, the parties agree as follows:

1. <u>Amendment of Initial License Term</u>. For those Agreements listed on Schedule A, which are in their initial terms, the parties hereby extend the initial term of each such License Agreement by 10 years to the date indicated on Schedule A. In the interest of clarity, the royalty fee and the brand fee (also referred to as the "advertising fee" in certain Agreements) in effect at the end of the initial term prior to this Amendment shall continue unchanged throughout the extended period of the initial term.

2. <u>Amendment of Renewal License Term</u>. For those Agreements listed on Schedule B, which are in their renewal terms, the parties hereby extend the renewal term of each such License Agreement by 10 years to the date indicated on Schedule B. In the interest of clarity, the royalty fee and the brand fee (also referred to as "advertising fee" in certain License Agreements) in effect at the end of the renewal term prior to this Amendment shall continue unchanged throughout the extended period of the renewal term.

3. <u>Technology Fee</u>. The parties hereby amend the section of the Agreements titled "Fees" to add the following new subsection:

<u>Technology Fee</u>.

(a) For Gross Sales incurred beginning on March 1, 2016, and thereafter during the continuance of this Agreement, but subject to section (b) below, Licensee shall pay to the Brand Technology Fund, on or before the monthly date upon which the royalty fee is due under this Agreement, a technology fee in an amount equal to

.25% of the Gross Sales during the calendar month next preceding the date of such payment, provided:

(i) If the Sonic Restaurant is in operation for the full calendar year 2015, the monthly technology fee paid through the March 2021 payment shall instead be an amount equal to .25% of the Gross Sales for calendar year 2015 divided by 12. For example, if the Gross Sales for calendar year 2015 were $1,200,000.00, then the monthly technology fee beginning with the April 2016 payment through the March 2021 payment will be $250.00.

(ii) If the Sonic Restaurant is in operation for the full calendar year 2020, the monthly technology fee paid from the April 2021 payment through the March 2026 payment shall instead be an amount equal to .25% of the Gross Sales for calendar year 2020 divided by 12.

(b) The technology fee will continue for Gross Sales incurred on or after March 1, 2026, only upon (i) the approval of a majority of the Franchise Advisory Council (or its successor) and (ii) the approval of 67% of the licensees of the Sonic restaurants in the Sonic System (with one vote per restaurant).

(c) The provisions of this Agreement that apply to the payment of fees, including provisions related to late charges or late payments and provisions prescribing the manner of payment, shall apply to the technology fee.

4.  Brand Technology Fund. The parties hereby amend the Agreements to add the following new section:

Brand Technology Fund. Sonic or its designee shall maintain and administer a fund for the Sonic System titled the Brand Technology Fund (the "BTF") as follows:

(a) As provided in the Agreement, Licensee shall pay a technology fee to the BTF, which shall be deposited in a separate bank account denoted as the Brand Technology Fund.

(b) The BTF and all earnings thereof will be used exclusively to meet any and all costs of designing, developing, implementing, maintaining, administering and supporting products, services and programs related to technology and information systems for the Sonic System as well as any other purpose that enhances or protects the technology and information systems of any portion of the Sonic System. All sums paid to the BTF shall be maintained in a separate account from the other funds of Sonic. The BTF shall pay Sonic monthly an amount equal to 15% of the BTF's receipts during the preceding month, but not to exceed Sonic's actual administrative costs and overhead, if any, as Sonic may incur in activities reasonably related to the administration or direction of the BTF for the licensees and the Sonic System. The BTF and its earnings shall not inure to the benefit of Sonic, and obligations of the BTF shall not be obligations of Sonic.

(c) The BTF is not an asset of Sonic, and an independent certified public accountant designated by Sonic shall review the operation of the BTF annually, and the report shall be made available to Licensee upon request. Notwithstanding the foregoing, the body approved and designated by Sonic and the Franchise Advisory Council Executive Committee (or its successor) as the body to consult with regarding Sonic's maintenance and administration of the BTF may designate the independent public accountant to conduct the required review of the operation of the BTF, if requested in writing at least 30 but not more than 60 days prior to the end of each fiscal year.

(d) The Licensee acknowledges that Sonic and its designees undertake no obligation in administering the BTF to make expenditures for Licensee which are equivalent or proportionate to Licensee's contribution to the BTF.

(e) Although Sonic intends the BTF to be of perpetual duration, Sonic maintains the right to terminate the BTF. Such BTF shall not be terminated, however, until all monies in the BTF have been expended for purposes as aforesaid.

(f) On at least a quarterly basis, Sonic shall consult with the body approved and designated by Sonic and the Franchise Advisory Council Executive Committee (or its successor) regarding Sonic's maintenance and administration of the BTF and shall report to that body on the BTF's operation.

5. Definition. Certain Agreements use the term "Licensor" in place of the term "Sonic." For those Agreements, as used herein, the term "Sonic" shall mean "Licensor."

6. Other Terms and Provisions. The other terms and provisions of the Agreements shall remain in full force and effect.

7. Mutual Understanding and Acceptance. The parties declare that they have read completely, understand fully, and accepted voluntarily the terms of this Amendment for its stated purposes.

8. Governing Law. The internal law of Oklahoma shall govern this Amendment.

In witness of their agreement, the parties have executed this Amendment as of the day and year first set forth above.

Sonic:                                  Sonic Franchising LLC

                                        By: _____
                                            (Vice) President

                                        Sonic Industries LLC

                                        By: _____
                                            (Vice) President

Licensee:                               **SONIC RESTAURANTS, INC.**

                                        By: _____
                                            (Vice) President

4

## Schedule A

## License Agreements in Their Initial Term

| Store No. | Address | City | State | License Agreement Date | Initial Term Expiration Date | Amended Initial Term Expiration Date | Licensor |
|---|---|---|---|---|---|---|---|
| 1057 | 2429 W LEDBETTER DRIVE | DALLAS | TX | 1/1/99 | 12/31/2018 | 12/31/2028 | SIL |
| 1150 | 1159 W. MAIN | LEAGUE CITY | TX | 3/6/96 | 3/5/2016 | 3/5/2026 | SIL |
| 1700 | 620 W. NEW ORLEANS | BROKEN ARROW | OK | 3/1/07 | 2/28/2027 | 2/28/2037 | SIL |
| 1961 | 317 S. BRYANT AVENUE | EDMOND | OK | 1/1/99 | 12/31/2018 | 12/31/2028 | SIL |
| 1985 | 3121 S. BOULEVARD | EDMOND | OK | 1/1/99 | 12/31/2018 | 12/31/2028 | SIL |
| 1992 | 805 W. EDMOND ROAD | EDMOND | OK | 1/1/99 | 12/31/2018 | 12/31/2028 | SIL |
| 2166 | 1007 N ROANE STREET | HARRIMAN | TN | 4/1/07 | 3/31/2027 | 3/31/2037 | SIL |
| 2558 | 910 EAST KANSAS AVENUE | MCPHERSON | KS | 1/16/06 | 1/15/2026 | 1/15/2036 | SIL |
| 2673 | 15001 N. SANTA FE | EDMOND | OK | 1/1/99 | 12/31/2018 | 12/31/2028 | SIL |
| 2678 | 19536 N ALBERTA AVENUE | ONEIDA | TN | 8/19/06 | 8/18/2026 | 8/18/2036 | SIL |
| 2750 | 101 E. 38TH STREET | SAND SPRINGS | OK | 4/1/07 | 3/31/2027 | 3/31/2037 | SIL |
| 2958 | 3824 FREDERICKSBURG RD. | SAN ANTONIO | TX | 10/3/06 | 10/2/2026 | 10/2/2036 | SIL |
| 3043 | 9310 E. 71ST STREET | TULSA | OK | 4/1/07 | 3/31/2027 | 3/31/2037 | SIL |
| 3044 | 8130 E. 91ST STREET | TULSA | OK | 4/1/07 | 3/31/2027 | 3/31/2037 | SIL |
| 3369 | 6101 S SHIELDS BLVD | OKLAHOMA CITY | OK | 2/13/96 | 2/12/2016 | 2/12/2026 | SIL |
| 3373 | 901 SW GRAND BLVD | OKLAHOMA CITY | OK | 5/23/96 | 5/22/2016 | 5/22/2026 | SIL |
| 3377 | 2400 N. PENNSYLVANIA | OKLAHOMA CITY | OK | 5/23/96 | 5/22/2016 | 5/22/2026 | SIL |
| 3378 | 21 N.E. 23RD STREET | OKLAHOMA CITY | OK | 5/23/96 | 5/22/2016 | 5/22/2026 | SIL |
| 3379 | 9827 W. MAIN | LA PORTE | TX | 2/7/96 | 2/6/2016 | 2/6/2026 | SIL |
| 3420 | 3471 GULF BREEZE PARKWAY | GULF BREEZE | FL | 7/15/96 | 7/14/2016 | 7/14/2026 | SIL |
| 3441 | 11921 EAST NW HIGHWAY | DALLAS | TX | 7/11/96 | 7/10/2016 | 7/10/2026 | SIL |
| 3444 | 3023 INWOOD ROAD | DALLAS | TX | 8/6/96 | 8/5/2016 | 8/5/2026 | SIL |
| 3445 | 7071 GREENVILLE AVENUE | DALLAS | TX | 5/7/96 | 5/6/2016 | 5/6/2026 | SIL |
| 3460 | 3000 N DURHAM DRIVE | HOUSTON | TX | 5/10/96 | 5/9/2016 | 5/9/2026 | SIL |
| 3465 | 6608 FM 78 | SAN ANTONIO | TX | 6/24/96 | 6/23/2016 | 6/23/2026 | SIL |
| 3468 | 602 CONGRESS BOULEVARD | SMITHVILLE | TN | 9/3/96 | 9/2/2016 | 9/2/2026 | SIL |
| 3469 | 15140 S BLACKBOB | OLATHE | KS | 7/17/97 | 7/16/2017 | 7/16/2027 | SIL |

SIL is Sonic Industries LLC.  SFL is Sonic Franchising LLC.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | RD | | | | | | |
| 3487 | 5722 KINGSTON PIKE | KNOXVILLE | TN | 1/29/97 | 1/28/2017 | 1/28/2027 | SIL |
| 3489 | 236 N KENTUCKY ST | KINGSTON | TN | 1/29/97 | 1/28/2017 | 1/28/2027 | SIL |
| 3498 | 1901 E LANGSFORD ROAD | LEE'S SUMMIT | MO | 2/27/98 | 2/26/2018 | 2/26/2028 | SIL |
| 3512 | 9119 GARLAND ROAD | DALLAS | TX | 3/1/99 | 2/28/2019 | 2/28/2029 | SIL |
| 3516 | 520 CENTENNIAL BLVD | RICHARDSON | TX | 4/15/97 | 4/14/2017 | 4/14/2027 | SIL |
| 3518 | 4534 E 51ST STREET SOUTH | TULSA | OK | 11/22/96 | 11/21/2016 | 11/21/2026 | SIL |
| 3523 | 3820 S PEORIA | TULSA | OK | 11/22/96 | 11/21/2016 | 11/21/2026 | SIL |
| 3532 | 16401 NACOGDOCHES ROAD | SAN ANTONIO | TX | 2/27/97 | 2/26/2017 | 2/26/2027 | SIL |
| 3551 | 4927 E 91ST STREET | TULSA | OK | 2/3/97 | 2/1/2017 | 2/1/2027 | SIL |
| 3556 | 4457 AUSTIN BLUFF PARKWAY | COLORADO SPRINGS | CO | 2/17/97 | 2/16/2017 | 2/16/2027 | SIL |
| 3557 | 907 WEST SOUTH COMMERCE | WILLS POINT | TX | 3/31/97 | 3/30/2017 | 3/30/2027 | SIL |
| 3558 | 9500 NORTH FEDERAL BLVD | FEDERAL HEIGHTS | CO | 2/12/97 | 2/11/2017 | 2/11/2027 | SIL |
| 3559 | 4355 E SAM HOUSTON PARKWAY N | HOUSTON | TX | 6/17/97 | 6/16/2017 | 6/16/2027 | SIL |
| 3560 | 3711 LITTLE YORK RD | HOUSTON | TX | 6/17/97 | 6/16/2017 | 6/16/2027 | SIL |
| 3576 | 2191 HIGHWAY 41 S | GREENBRIAR | TN | 4/4/97 | 4/3/2017 | 4/3/2027 | SIL |
| 3579 | 7002 GULF FREEWAY | HOUSTON | TX | 7/17/97 | 7/16/2017 | 7/16/2027 | SIL |
| 3591 | 5101 N BROADWAY | KNOXVILLE | TN | 8/6/97 | 8/5/2017 | 8/5/2027 | SIL |
| 3600 | 3605 E 104TH AVENUE | THORNTON | CO | 11/4/98 | 11/3/2018 | 11/3/2028 | SIL |
| 3604 | 1108 NEW HIGHWAY 52 | WESTMORELAND | TN | 4/4/97 | 4/3/2017 | 4/3/2027 | SIL |
| 3617 | 9609 PLANO RD | DALLAS | TX | 2/27/98 | 2/26/2018 | 2/26/2028 | SIL |
| 3627 | 3555 FOREST LANE | DALLAS | TX | 2/12/98 | 2/11/2018 | 2/11/2028 | SIL |
| 3629 | 878 W GARDEN OF THE GODS | COLORADO SPRINGS | CO | 2/18/98 | 2/17/2018 | 2/17/2028 | SIL |
| 3630 | 243 VALLEY HI DRIVE | SAN ANTONIO | TX | 8/4/97 | 8/3/2017 | 8/3/2027 | SIL |
| 3634 | 20000 WEST HIGHWAY 54 | GODDARD | KS | 6/17/97 | 6/16/2017 | 6/16/2027 | SIL |
| 3653 | 6601 DALROCK RD | ROWLETT | TX | 2/27/98 | 2/26/2018 | 2/26/2028 | SIL |
| 3656 | 28 W 141ST | GLENPOOL | OK | 8/4/97 | 8/3/2017 | 8/3/2027 | SIL |
| 3657 | 950 E 120TH AVENUE | NORTHGLENN | CO | 10/9/97 | 10/8/2017 | 10/8/2027 | SIL |
| 3659 | 422 S.ZORZAMORA | SAN ANTONIO | TX | 11/5/97 | 11/4/2017 | 11/4/2027 | SIL |
| 3665 | 1465 JAMBOREE DRIVE | COLORADO SPRINGS | CO | 1/12/98 | 1/11/2018 | 1/11/2028 | SIL |
| 3667 | 6245 BARKER-CYPRESS ROAD | HOUSTON | TX | 3/1/99 | 2/28/2029 | 2/28/2039 | SIL |
| 3672 | 12130 INWOOD RD | DALLAS | TX | 3/27/98 | 3/26/2018 | 3/26/2028 | SIL |
| 3673 | 235 W DAVIS ST | DALLAS | TX | 2/12/98 | 2/11/2018 | 2/11/2028 | SIL |
| 3688 | 6130 N JUPITER RD | GARLAND | TX | 6/17/98 | 6/16/2018 | 6/16/2028 | SIL |
| 3696 | 14635 HUEBNER ROAD | SAN ANTONIO | TX | 11/5/97 | 11/4/2017 | 11/4/2027 | SIL |

6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3709 | 1281 JUNCTION HIGHWAY | KERRVILLE | TX | 2/17/98 | 2/16/2018 | 2/16/2028 | SIL |
| 3738 | 1054 UVALDE RD | HOUSTON | TX | 6/17/98 | 6/16/2018 | 6/16/2028 | SIL |
| 3748 | 4763 S UNION AVENUE | TULSA | OK | 5/26/98 | 5/25/2018 | 5/25/2028 | SIL |
| 3749 | 617 OLD HICKORY BLVD. | NASHVILLE | TN | 4/1/07 | 3/31/2027 | 3/31/2037 | SIL |
| 3771 | 1523 E LAMAR ALEXANDER PKWY | MARYVILLE | TN | 6/1/99 | 5/31/2019 | 5/31/2029 | SIL |
| 3776 | 2339 N MAIN STREET | LONGMONT | CO | 2/18/98 | 2/17/2018 | 2/17/2028 | SIL |
| 3781 | 6040 S HIGHWAY 78 | SACHSE | TX | 9/14/98 | 9/13/2018 | 9/13/2028 | SIL |
| 3782 | 2302 S. ACADEMY BLVD | COLORADO SPRINGS | CO | 4/29/98 | 4/28/2018 | 4/28/2028 | SIL |
| 3834 | 2950 ELDORADO PARKWAY | MCKINNEY | TX | 11/10/98 | 11/9/2018 | 11/9/2028 | SIL |
| 3839 | 106 LUYBEN HILLS ROAD | KINGSTON SPRINGS | TN | 6/25/98 | 6/24/2018 | 6/24/2028 | SIL |
| 3841 | 10831 POTRANCO ROAD | SAN ANTONIO | TX | 7/8/98 | 7/7/2018 | 7/7/2028 | SIL |
| 3849 | 2135 IH35 NORTH | SAN ANTONIO | TX | 8/10/98 | 8/9/2018 | 8/9/2028 | SIL |
| 3851 | 121 WEST BANDERA | BOERNE | TX | 9/16/98 | 9/15/2018 | 9/15/2028 | SIL |
| 3898 | 11725 O'CONNER ROAD | SAN ANTONIO | TX | 10/27/98 | 10/26/2018 | 10/26/2028 | SIL |
| 3900 | 7816 OAKRIDGE HIGHWAY | KNOXVILLE | TN | 4/27/99 | 4/26/2019 | 4/26/2029 | SIL |
| 3902 | 2820 E. MEMORIAL | EDMOND | OK | 2/12/99 | 2/11/2019 | 2/11/2029 | SIL |
| 3915 | 3221 FM 528 | FRIENDSWOOD | TX | 7/20/99 | 7/19/2019 | 7/19/2029 | SIL |
| 3917 | 3015 NW EXPRESSWAY | OKLAHOMA CITY | OK | 4/9/99 | 4/8/2019 | 4/8/2029 | SIL |
| 3933 | 18535 US HIGHWAY 281 N | SAN ANTONIO | TX | 5/13/99 | 5/12/2019 | 5/12/2029 | SIL |
| 3934 | 6341 PEARSALL ROAD | SAN ANTONIO | TX | 5/13/99 | 5/12/2019 | 5/12/2029 | SIL |
| 3943 | 320 N. YORK STREET | MUSKOGEE | OK | 2/5/99 | 2/4/2019 | 2/4/2029 | SIL |
| 3961 | 1306 N. ROSEHILL ROAD | ROSEHILL | KS | 3/5/99 | 3/4/2019 | 3/4/2029 | SIL |
| 3977 | 1628 MAIN STREET | CADIZ | KY | 4/29/99 | 4/28/2019 | 4/28/2029 | SIL |
| 3988 | 331 N. ANDOVER ROAD | ANDOVER | KS | 6/9/99 | 6/8/2019 | 6/8/2029 | SIL |
| 4017 | 2463 SHERIDAN BLVD | EDGEWATER | CO | 9/27/99 | 9/26/2019 | 9/26/2029 | SIL |
| 4028 | 2311 FM 518 EAST | LEAGUE CITY | TX | 1/18/00 | 1/17/2020 | 1/17/2030 | SIL |
| 4043 | 973 BANDERA ROAD | SAN ANTONIO | TX | 9/20/99 | 9/19/2019 | 9/19/2029 | SIL |
| 4051 | 6065 CONSTITUTION AVENUE | COLORADO SPRINGS | CO | 9/22/99 | 9/21/2019 | 9/21/2029 | SIL |
| 4059 | 7630 PRESTON ROAD | FRISCO | TX | 3/12/00 | 3/11/2020 | 3/11/2030 | SIL |
| 4060 | 3510 ROOSEVELT AVENUE | SAN ANTONIO | TX | 1/10/01 | 1/9/2021 | 1/9/2031 | SIL |
| 4094 | PO BOX 1626 | BANDERA | TX | 9/26/00 | 9/25/2020 | 9/25/2030 | SIL |
| 4099 | 1719 E. NINE MILE ROAD | PENSACOLA | FL | 8/31/00 | 8/30/2020 | 8/30/2030 | SIL |
| 4117 | 811 SAN PEDRO | SAN ANTONIO | TX | 2/24/00 | 2/23/2020 | 2/23/2030 | SIL |
| 4121 | 1103 HIGHWAY 67 WEST | ALVARADO | TX | 1/1/01 | 12/31/2020 | 12/31/2030 | SIL |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4125 | 2650 NORTH HIGHWAY 360 | GRAND PRAIRIE | TX | 5/12/00 | 5/11/2020 | 5/11/2030 | SIL |
| 4127 | 1300 S. SHERIDIAN BLVD | DENVER | CO | 2/5/02 | 2/4/2022 | 2/4/2032 | SIL |
| 4128 | 1265 E. 119TH ST | OLATHE | KS | 3/1/01 | 2/28/2021 | 2/28/2031 | SIL |
| 4148 | 1600 E 30TH | HUTCHINSON | KS | 7/11/00 | 7/10/2020 | 7/10/2030 | SIL |
| 4160 | 7608 BLVD 26 | NORTH RICHLAND HILLS | TX | 10/30/00 | 10/29/2020 | 10/29/2030 | SIL |
| 4161 | 13730 S BLACKBOB ROAD | OLATHE | KS | 8/28/01 | 8/27/2021 | 8/27/2031 | SIL |
| 4214 | 1306 S CHOUTEAU AVE | CHOUTEAU | OK | 8/14/00 | 8/13/2020 | 8/13/2030 | SIL |
| 4255 | 3650 FRANKFORD ROAD | DALLAS | TX | 8/31/00 | 8/30/2020 | 8/30/2030 | SIL |
| 4256 | 3401 W COLORADO AVENUE | COLORADO SPRINGS | CO | 7/24/01 | 7/23/2021 | 7/23/2031 | SIL |
| 4265 | 1100 NE GREEN OAKS BLVD | ARLINGTON | TX | 12/11/00 | 12/10/2020 | 12/10/2030 | SIL |
| 4276 | 10885 FM 471 WEST | SAN ANTONIO | TX | 5/14/01 | 5/13/2021 | 5/13/2031 | SIL |
| 4333 | 705 E LINCOLN BLVD. | HESSTON | KS | 10/23/00 | 10/22/2020 | 10/22/2030 | SIL |
| 4368 | 19764 INTERSTATE 45 NORTH | SPRING | TX | 2/28/01 | 2/27/2021 | 2/27/2031 | SIL |
| 4373 | 5901 W. RENO AVENUE | OKLAHOMA CITY | OK | 2/1/01 | 1/31/2021 | 1/31/2031 | SIL |
| 4375 | 822 WESTPORT ROAD | KANSAS CITY | MO | 11/26/01 | 11/25/2021 | 11/25/2031 | SIL |
| 4376 | 9014 E 350 HIGHWAY | RAYTOWN | MO | 10/24/01 | 10/23/2021 | 10/23/2031 | SIL |
| 4379 | 6375 SHERIDAN BLVD | ARVADA | CO | 1/22/03 | 1/21/2023 | 1/21/2033 | SIL |
| 4394 | 8504 MAIN STREET | HOUSTON | TX | 10/30/01 | 10/29/2021 | 10/29/2031 | SIL |
| 4396 | 19625 TOMBALL PKWY | HOUSTON | TX | 3/6/01 | 3/5/2021 | 3/5/2031 | SIL |
| 4398 | 10709 AUDELIA ROAD | DALLAS | TX | 7/16/01 | 7/15/2021 | 7/15/2031 | SIL |
| 4402 | 5195 W 34TH ST | HOUSTON | TX | 5/1/01 | 4/30/2021 | 4/30/2031 | SIL |
| 4415 | 17191 S GOLDEN ROAD | GOLDEN | CO | 8/1/01 | 7/31/2021 | 7/31/2031 | SIL |
| 4418 | 8045 FOREST LANE | DALLAS | TX | 9/10/01 | 9/9/2021 | 9/9/2031 | SIL |
| 4429 | 13485 SWITZER ROAD | OVERLAND PARK | KS | 12/31/01 | 12/30/2021 | 12/30/2031 | SIL |
| 4441 | 7102 WILL CLAYTON PARKWAY | HUMBLE | TX | 2/13/02 | 2/12/2022 | 2/12/2032 | SIL |
| 4443 | 1330 EMPIRE CENTRAL DR | DALLAS | TX | 8/25/01 | 8/24/2021 | 8/24/2031 | SIL |
| 4446 | 7679 HIGHWAY 70 S | NASHVILLE | TN | 2/26/01 | 2/25/2021 | 2/25/2031 | SIL |
| 4451 | 12405 BANDERA ROAD | HELOTES | TX | 8/20/01 | 8/19/2021 | 8/19/2031 | SIL |
| 4461 | 2611 S BROADWAY | DENVER | CO | 5/14/02 | 5/13/2022 | 5/13/2032 | SIL |
| 4539 | 10830 S MEMORIAL | TULSA | OK | 10/1/01 | 9/30/2021 | 9/30/2031 | SIL |
| 4541 | 9560 CLIFFORD STREET | FORT WORTH | TX | 2/18/02 | 2/17/2022 | 2/17/2032 | SIL |
| 4575 | 4318 VANCE JACKSON ROAD | SAN ANTONIO | TX | 12/28/01 | 12/27/2021 | 12/27/2031 | SIL |
| 4590 | 642 W MAIN STREET | TRINIDAD | CO | 9/25/01 | 9/24/2021 | 9/24/2031 | SIL |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4618 | 10901 E 41ST STREET | TULSA | OK | 4/2/02 | 4/1/2022 | 4/1/2032 | SIL |
| 4620 | 5625 N WESTERN AVE. | OKLAHOMA CITY | OK | 3/22/02 | 3/21/2022 | 3/21/2032 | SIL |
| 4631 | 7640 N MAY AVE | OKLAHOMA CITY | OK | 3/22/02 | 3/21/2022 | 3/21/2032 | SIL |
| 4632 | 2121 E LAMAR BLVD | ARLINGTON | TX | 7/22/02 | 7/21/2022 | 7/21/2032 | SIL |
| 4638 | 109 W. FM 544 | MURPHY | TX | 7/22/02 | 7/21/2022 | 7/21/2032 | SIL |
| 4649 | PO BOX 1383 | PRINCETON | TX | 3/28/02 | 3/27/2022 | 3/27/2032 | SIL |
| 4685 | 34960 EMERALD COAST PKWY | DESTIN | FL | 8/12/02 | 8/11/2022 | 8/11/2032 | SIL |
| 4688 | 6202 BROADWAY BLVD. | GARLAND | TX | 1/22/03 | 1/21/2023 | 1/21/2033 | SIL |
| 4723 | 5020 N GARLAND AVE | GARLAND | TX | 9/20/02 | 9/19/2022 | 9/19/2032 | SIL |
| 4735 | 7610 MIDNIGHT ROAD | PEYTON | CO | 3/19/03 | 3/18/2023 | 3/18/2033 | SIL |
| 4741 | 7470 BELLFORT STREET | HOUSTON | TX | 3/10/03 | 3/9/2023 | 3/9/2033 | SIL |
| 4747 | 8986 PENSACOLA BLVD | PENSACOLA | FL | 1/21/03 | 1/20/2023 | 1/20/2033 | SIL |
| 4760 | 1714 VILLAGE WEST PKWY | KANSAS CITY | KS | 3/1/04 | 2/28/2024 | 2/28/2034 | SIL |
| 4765 | 1919 S MEMORIAL DRIVE | TULSA | OK | 4/15/03 | 4/14/2023 | 4/14/2033 | SIL |
| 4783 | 26044 NW FREEWAY (HWY 290) | CYPRESS | TX | 2/18/03 | 2/17/2023 | 2/17/2033 | SIL |
| 4784 | 22601 TOMBALL PARKWAY | TOMBALL | TX | 3/4/03 | 3/3/2023 | 3/3/2033 | SIL |
| 4785 | 18214 GULF FREEWAY | FRIENDSWOOD | TX | 5/28/03 | 5/27/2023 | 5/27/2033 | SIL |
| 4789 | 2742 SCHAAD ROAD | KNOXVILLE | TN | 3/4/03 | 3/3/2023 | 3/3/2033 | SIL |
| 4853 | 605 SOUTH PLANO ROAD | RICHARDSON | TX | 4/4/03 | 4/3/2023 | 4/3/2033 | SIL |
| 4859 | 4500 GOLDEN TRIANGLE BLVD | KELLER | TX | 4/5/04 | 4/4/2024 | 4/4/2034 | SIL |
| 4869 | 9424 WEST FM 471 | SAN ANTONIO | TX | 8/7/03 | 8/6/2023 | 8/6/2033 | SIL |
| 4886 | 6300 S ELM PLACE | BROKEN ARROW | OK | 8/7/03 | 8/6/2023 | 8/6/2033 | SIL |
| 4899 | 120 SE 29TH STREET | OKLAHOMA CITY | OK | 3/9/04 | 3/8/2024 | 3/8/2034 | SIL |
| 4955 | 1627 N. PEORIA AVE | TULSA | OK | 5/1/04 | 4/30/2024 | 4/30/2034 | SIL |
| 4980 | 8711 WASHINGTON STREET | THORNTON | CO | 8/23/04 | 8/22/2024 | 8/22/2034 | SIL |
| 5003 | 900 W. SHERIDAN | OKLAHOMA CITY | OK | 4/1/04 | 3/31/2024 | 3/31/2034 | SIL |
| 5011 | 4801 S. MEMORIAL DR | TULSA | OK | 8/13/04 | 8/12/2024 | 8/12/2034 | SIL |
| 5012 | 3806 ATASCOCITA ROAD | HUMBLE | TX | 4/18/04 | 4/17/2024 | 4/17/2034 | SIL |
| 5032 | 12820 W. ALAMEDA PKWY | LAKEWOOD | CO | 3/15/05 | 3/14/2025 | 3/14/2035 | SIL |
| 5046 | 1208 FEDERAL ROAD | HOUSTON | TX | 5/6/05 | 5/5/2025 | 5/5/2035 | SIL |
| 5047 | 14018 FM 2920 RD | TOMBALL | TX | 5/26/04 | 5/25/2024 | 5/25/2034 | SIL |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5069 | 411 E. HIGHWAY 24 | WOODLAND PARK | CO | 11/15/04 | 11/14/2024 | 11/14/2034 | SIL |
| 5079 | 1536 E STACY ROAD | ALLEN | TX | 5/26/04 | 5/25/2024 | 5/25/2034 | SIL |
| 5105 | 3078 BASSWOOD BLVD | FORT WORTH | TX | 1/19/05 | 1/18/2025 | 1/18/2035 | SIL |
| 5109 | 208 B JOHNNY BENCH DRIVE | OKLAHOMA CITY | OK | 9/27/04 | 9/26/2024 | 9/26/2034 | SIL |
| 5115 | 105 REN MAR CENTER DRIVE | PLEASANT VIEW | TN | 5/3/04 | 5/2/2024 | 5/2/2034 | SIL |
| 5134 | 1435 AUSTIN HWY | SAN ANTONIO | TX | 1/19/05 | 1/18/2025 | 1/18/2035 | SIL |
| 5158 | 1727 SIDNEY BAKER | KERRVILLE | TX | 5/26/04 | 5/25/2024 | 5/25/2034 | SIL |
| 5159 | 13314 E. 116TH STREET NORTH | OWASSO | OK | 1/19/05 | 1/18/2025 | 1/18/2035 | SIL |
| 5196 | 2850 CHAUTAUQUA AVE | NORMAN | OK | 1/17/05 | 1/16/2025 | 1/16/2035 | SIL |
| 5210 | 2209 NW MILITARY HWY | CASTLE HILL | TX | 11/23/04 | 11/22/2024 | 11/22/2034 | SIL |
| 5211 | 1135 NE DOUGLAS | LEES SUMMIT | MO | 9/15/05 | 9/14/2025 | 9/14/2035 | SIL |
| 5212 | 6200 EAST 150 HWY | GRANDVIEW | MO | 3/15/05 | 3/14/2025 | 3/14/2035 | SIL |
| 5213 | 1828 EAST 47TH STREET SOUTH | WICHITA | KS | 5/6/05 | 5/5/2025 | 5/5/2035 | SIL |
| 5214 | 4623 IH 35 SOUTH | SAN ANTONIO | TX | 3/15/05 | 3/14/2025 | 3/14/2035 | SIL |
| 5232 | 3400 US HWY 75 NORTH | SHERMAN | TX | 1/19/05 | 1/18/2025 | 1/18/2035 | SIL |
| 5234 | 10051 WADSWORTH PARKWAY | WESTMINSTER | CO | 1/25/07 | 1/24/2027 | 1/24/2037 | SIL |
| 5235 | 4700 W. HOUSTON ST | BROKEN ARROW | OK | 8/10/05 | 8/9/2025 | 8/9/2035 | SIL |
| 5250 | 6025 NORTH FRY ROAD | KATY | TX | 5/6/05 | 5/5/2025 | 5/5/2035 | SIL |
| 5255 | 2440 W. 128TH AVE | BROOMFIELD | CO | 1/19/05 | 1/18/2025 | 1/18/2035 | SIL |
| 5256 | 5250 NEW CAR DRIVE | COLORADO SPRINGS | CO | 5/6/05 | 5/5/2025 | 5/5/2035 | SIL |
| 5265 | 4810 WILSON ROAD | HUMBLE | TX | 3/23/06 | 3/22/2026 | 3/22/2036 | SIL |
| 5268 | 12710 TOMBALL PKWY | HOUSTON | TX | 8/29/05 | 8/28/2025 | 8/28/2035 | SIL |
| 5269 | 1700 WESTERN CENTER BLVD. | FORT WORTH | TX | 2/27/06 | 2/26/2026 | 2/26/2036 | SIL |
| 5271 | 2300 ALAMEDA STREET | NORMAN | OK | 2/27/06 | 2/26/2026 | 2/26/2036 | SIL |
| 5285 | 400 NORTH ASH | LUTHER | OK | 3/15/05 | 3/14/2025 | 3/14/2035 | SIL |
| 5287 | 4001 HWY 90 | PACE | FL | 5/6/05 | 5/5/2025 | 5/5/2035 | SIL |
| 5304 | 2315 NORTH MARTIN LUTHER KING | OKLAHOMA CITY | OK | 9/15/05 | 9/14/2025 | 9/14/2035 | SIL |
| 5319 | 13535 W. MAPLE | WICHITA | KS | 5/6/05 | 5/5/2025 | 5/5/2035 | SIL |
| 5333 | 9703 POTEET-JOURDANTON FWY | SAN ANTONIO | TX | 2/27/06 | 2/26/2026 | 2/26/2036 | SIL |
| 5343 | 7820 WEST HIGHWAY 50 | SALIDA | CO | 1/11/06 | 1/10/2026 | 1/10/2036 | SIL |
| 5349 | 7005 MESA RIDGE PARKWAY | FOUNTAIN | CO | 8/10/05 | 8/11/2025 | 8/11/2035 | SIL |
| 5353 | 7101 BOAT CLUB ROAD | FORT WORTH | TX | 9/15/05 | 9/14/2025 | 9/14/2035 | SIL |
| 5366 | 8367 NORTH RAMPART RANGE ROAD | LITTLETON | CO | 6/9/06 | 6/8/2026 | 6/8/2036 | SIL |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5367 | 2001 STATE HWY 66 | GARLAND | TX | 10/28/05 | 10/27/2025 | 10/27/2035 | SIL |
| 5389 | 1112 HIGHWAY 19 NORTH | THOMASTON | GA | 7/28/05 | 7/27/2025 | 7/27/2035 | SIL |
| 5391 | 24039 I-10 WEST | SAN ANTONIO | TX | 3/23/06 | 3/22/2026 | 3/22/2036 | SIL |
| 5392 | 8661 N BEACH STREET | KELLER | TX | 3/23/06 | 3/22/2026 | 3/22/2036 | SIL |
| 5408 | 4239 N. HIGHWAY 231 | PANAMA CITY | FL | 8/15/06 | 8/14/2026 | 8/14/2036 | SIL |
| 5409 | 3407 W. HWY 98 | PANAMA CITY | FL | 4/3/06 | 4/2/2026 | 4/2/2036 | SIL |
| 5422 | 555 PINE ISLAND ROAD | FT MYERS | FL | 2/27/06 | 2/26/2026 | 2/26/2036 | SIL |
| 5435 | 8610 GLADIOLUS DRIVE | FT. MYERS | FL | 8/30/06 | 8/29/2026 | 8/29/2036 | SIL |
| 5436 | 2939 E. 21ST STREET NORTH | WICHITA | KS | 4/3/06 | 4/2/2026 | 4/2/2036 | SIL |
| 5438 | 11375 E. 21ST STREET | WICHITA | KS | 2/27/06 | 2/26/2026 | 2/26/2036 | SIL |
| 5439 | 8738 POTRANCO ROAD | SAN ANTONIO | TX | 6/9/06 | 6/8/2026 | 6/8/2036 | SIL |
| 5440 | 13908 GALVESTON ROAD | WEBSTER | TX | 6/9/06 | 6/8/2026 | 6/8/2036 | SIL |
| 5441 | 1511 WIRT ROAD | HOUSTON | TX | 4/3/06 | 4/2/2026 | 4/2/2036 | SIL |
| 5455 | 3585 TAMIAMI TRAIL EAST | NAPLES | FL | 1/25/07 | 1/24/2027 | 1/24/2037 | SIL |
| 5472 | 230 S. WW WHITE ROAD | SAN ANTONIO | TX | 2/27/06 | 2/26/2026 | 2/26/2036 | SIL |
| 5486 | 418 WEST ROYALL BOULEVARD | MALAKOFF | TX | 10/21/05 | 10/20/2025 | 10/20/2035 | SIL |
| 5487 | 1750 MARKET PLACE BLVD | IRVING | TX | 6/9/06 | 6/8/2026 | 6/8/2036 | SIL |
| 5502 | 210 S. ILLINOIS AVENUE | OAK RIDGE | TN | 5/15/06 | 5/14/2026 | 5/14/2036 | SIL |
| 5504 | 10411 SORRENTO ROAD | PENSACOLA | FL | 6/9/06 | 6/8/2026 | 6/8/2036 | SIL |
| 5506 | 11350 SPACE CENTER BLVD | HOUSTON | TX | 8/6/07 | 8/5/2027 | 8/5/2037 | SIL |
| 5507 | 3626 OLD SPANISH TRAIL | HOUSTON | TX | 5/15/06 | 5/14/2026 | 5/14/2036 | SIL |
| 5529 | 6640 WESTWORTH BLVD | WESTWORTH VILLAGE | TX | 8/6/07 | 8/5/2027 | 8/5/2037 | SIL |
| 5557 | 3151 W. MICHIGAN AVE | PENSACOLA | FL | 7/17/06 | 7/16/2026 | 7/16/2036 | SIL |
| 5565 | 3177 NW FEDERAL HWY | JENSEN BEACH | FL | 5/8/08 | 5/7/2028 | 5/7/2038 | SIL |
| 5585 | 4520 BLUE PARKWAY | KANSAS CITY | MO | 4/12/07 | 4/11/2027 | 4/11/2037 | SIL |
| 5587 | 2551 SOUTH JENKINS ROAD | FORT PIERCE | FL | 2/16/07 | 2/15/2027 | 2/15/2037 | SIL |
| 5589 | 920 STATE AVENUE | KANSAS CITY | KS | 1/25/07 | 1/24/2027 | 1/24/2037 | SIL |
| 5602 | 11200 HUTCHISON BLVD | PANAMA CITY BEACH | FL | 1/8/07 | 1/7/2027 | 1/7/2037 | SIL |
| 5603 | 12381 BARKER CYPRESS RD | CYPRESS | TX | 4/12/07 | 4/11/2027 | 4/11/2037 | SIL |
| 5632 | 15205 MONFORT DRIVE | DALLAS | TX | 3/15/07 | 3/14/2027 | 3/14/2037 | SIL |
| 5676 | 9684 WEST LOOP 1604 NORTH | SAN ANTONIO | TX | 5/23/07 | 5/22/2027 | 5/22/2037 | SIL |
| 5691 | 900 W. JOHN CARPENTER FRWY | IRVING | TX | 1/21/08 | 1/20/2028 | 1/20/2038 | SIL |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5702 | 9931 ALMEDA-GENOA RD | HOUSTON | TX | 5/23/07 | 5/22/2027 | 5/22/2037 | SIL |
| 5703 | 8316 HAUSMAN RD | SAN ANTONIO | TX | 9/20/07 | 9/19/2027 | 9/19/2037 | SIL |
| 5730 | 4740 ELMORE AVE | DAVENPORT | IA | 8/6/07 | 8/5/2027 | 8/5/2037 | SIL |
| 5753 | 8475 KINGSTON PIKE | KNOXVILLE | TN | 10/2/07 | 10/1/2027 | 10/1/2037 | SIL |
| 5761 | 9020 BARKER CYPRESS | CYPRESS | TX | 8/29/07 | 8/28/2027 | 8/28/2037 | SIL |
| 5780 | 3431 WEST WALNUT HILL | IRVING | TX | 8/6/07 | 8/5/2027 | 8/5/2037 | SIL |
| 5784 | 201 NORTH CONGRESS AVE | LAKE PARK | FL | 2/13/08 | 2/12/2028 | 2/12/2038 | SIL |
| 5826 | 5630 WURZBACH | SAN ANTONIO | TX | 3/10/08 | 3/9/2028 | 3/9/2038 | SIL |
| 5856 | 317 E FILLMORE STREET | COLORADO SPRINGS | CO | 6/11/09 | 6/10/2029 | 6/10/2039 | SIL |
| 5891 | 11117 S. HWY 51 | COWETA | OK | 1/21/08 | 1/20/2028 | 1/20/2038 | SIL |
| 5918 | 3035 TPC PKWY | SAN ANTONIO | TX | 11/21/08 | 11/20/2028 | 11/20/2038 | SIL |
| 5933 | 12151 S. WACO | GLENNPOOL | OK | 6/5/08 | 6/4/2028 | 6/4/2038 | SIL |
| 5935 | 1751 16TH AVENUE | SILVIS | IL | 4/21/08 | 4/20/2028 | 4/20/2038 | SIL |
| 6028 | 713 SOUTH MT. JULIET ROAD | MOUNT JULIET | TN | 12/4/09 | 12/3/2029 | 12/3/2039 | SIL |
| 6029 | 2506 ALCOA HWY | ALCOA | TN | 10/28/08 | 10/27/2028 | 10/27/2038 | SIL |
| 6053 | 5003 MILLERTOWN PIKE | KNOXVILLE | TN | 5/22/09 | 5/21/2029 | 5/21/2039 | SIL |
| 6060 | 3701 N ASPEN AVE | BROKEN ARROW | OK | 5/22/09 | 5/21/2029 | 5/21/2039 | SIL |
| 6202 | 3450 WEST TECUMSEH ROAD | NORMAN | OK | 3/23/10 | 3/22/2030 | 3/22/2040 | SIL |
| 6224 | 5955 N ACADEMY BLVD. | COLORADO SPRINGS | CO | 2/22/11 | 2/21/2031 | 2/21/2041 | SIL |
| 6290 | 85 E. CROSSTIMBERS | HOUSTON | TX | 7/5/11 | 7/4/2031 | 7/4/2041 | SFL |
| 6324 | 17105 WESTHEIMER | HOUSTON | TX | 7/12/11 | 7/11/2031 | 7/11/2041 | SFL |
| 6359 | 3648 NORTH MAIZE ROAD | WICHITA | KS | 6/28/12 | 6/27/2032 | 6/27/2042 | SFL |
| 6391 | 1133 WEST 81ST ST SOUTH | TULSA | OK | 2/18/13 | 2/17/2033 | 2/17/2043 | SFL |
| 6393 | 315 CENTRAL AVENUE EAST | JAMESTOWN | TN | 3/5/13 | 3/4/2033 | 3/4/2043 | SFL |
| 6421 | 500 GLOVER ROAD | SIDNEY | NE | 3/21/14 | 3/20/2034 | 3/20/2044 | SFL |
| 6436 | 510 NORTH CROSS STREET | ALBANY | KY | 5/13/14 | 5/12/2034 | 5/12/2044 | SFL |
| 6449 | 470 FM 156 SOUTH | HASLET | TX | 7/17/14 | 7/16/2034 | 7/16/2044 | SFL |
| 6450 | 4039 S LOOP 1604 E | SAN ANTONIO | TX | 11/4/14 | 11/3/2034 | 11/3/2044 | SFL |
| 6457 | 504 SOUTH BROADWAY | WICHITA | KS | 7/17/14 | 7/16/2034 | 7/16/2044 | SFL |
| 6505 | 2021 THOMAS DRIVE | PANAMA CITY BEACH | FL | 5/22/15 | 5/21/2035 | 5/21/2045 | SFL |

## Schedule B

## License Agreements in Their Renewal Term

| Store No. | Address | City | State | License Renewal Date | Renewal Term Expiration Date | Amended Renewal Term Expiration Date | Licensor |
|---|---|---|---|---|---|---|---|
| 1013 | 3916 GARTH ROAD | BAYTOWN | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1014 | 15098 S. MEMORIAL | BIXBY | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1021 | 7000 N.W. 39TH EXPWY | BETHANY | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1025 | 6115 S. GARNETT | BROKEN ARROW | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1033 | 19305 E. ADMIRAL PLACE | CATOOSA | OK | 9/1/14 | 8/31/2034 | 8/31/2044 | SFL |
| 1045 | 238 N. TYNDALL PARKWAY | CALLAWAY | FL | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1053 | 3506 CENTER STREET | DEER PARK | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1054 | 207 W. HIGHWAY 90 | DAYTON | TX | 9/1/14 | 8/31/2034 | 8/31/2044 | SFL |
| 1056 | 2516 FORT WORTH AVENUE | DALLAS | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1103 | 1524 FIRST STREET | HUMBLE | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1104 | 8405 N. HOUSTON ROSSLYN ROAD | HOUSTON | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1107 | 223 MAIN STREET | HIGHLANDS | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1122 | 2500 BAY AREA BOULEVARD | CLEAR LAKE CITY | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1123 | 11110 SCARSDALE BLVD. | HOUSTON | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1128 | 16510 E. 23RD STREET | INDEPENDENCE | MO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1129 | 11320 E 23RD ST | INDEPENDENCE | MO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1141 | 5545 LEAVENWORTH ROAD | KANSAS CITY | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1143 | 4200 INDEPENDENCE AVENUE | KANSAS CITY | MO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1144 | 1008 N. 78TH STREET | KANSAS CITY | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1146 | 300 SE THIRD | LEES SUMMIT | MO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1155 | 1508 OHIO AVENUE | LYNN HAVEN | FL | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1199 | 7957 NW 21ST STREET | BETHANY | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1205 | 1300 E. LINDSEY | NORMAN | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1207 | 1000 N.W. 24TH AVENUE | NORMAN | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1210 | 705 N. PORTER | NORMAN | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1211 | 1730 W. LINDSEY | NORMAN | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |

| 1219 | 4417 NW 63RD STREET | OKLAHOMA CITY | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
|---|---|---|---|---|---|---|---|
| 1220 | 3342 N.W. 23RD STREET | OKLAHOMA CITY | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1221 | 915 S. PARKER | OLATHE | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1222 | 3000 S I-35 SERVICE ROAD | OKLAHOMA CITY | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1237 | 224 W. 23RD STREET | PANAMA CITY | FL | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1244 | 5889 N. NINTH AVENUE | PENSACOLA | FL | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1252 | 6525 RAYTOWN ROAD | RAYTOWN | MO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1256 | 229 ADAMS ROAD | SAND SPRINGS | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1258 | 2800 S. MAY AVE | OKLAHOMA CITY | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1265 | 11707 E US HWY 24 | SUGAR CREEK | MO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1291 | 120 S. UTICA | TULSA | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1292 | 5908 S.LEWIS AVENUE | TULSA | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1294 | P.O. BOX 784 | TUTTLE | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1295 | 3017 S 129TH EAST AVE | TULSA | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1296 | 6546 E. 31ST | TULSA | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1297 | 3821 S. HARVARD | TULSA | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1303 | 103 E RUSSWORM | WATONGA | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1314 | 1002 W. CHEROKEE | WAGONER | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1318 | 417 HIGHWAY 76 | WHITE HOUSE | TN | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1516 | 1300 MAIN STREET | ALAMOSA | CO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1588 | 615 S. MAIN STREET | ASHLAND CITY | TN | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1605 | 2220 W. KENOSHA STREET | BROKEN ARROW | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1702 | 2361 E. KENOSHA STREET | BROKEN ARROW | OK | 12/1/07 | 11/30/2027 | 11/30/2037 | SIL |
| 1746 | 209 W CADDO | CLEVELAND | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1753 | P.O. BOX 451 | CHOCTAW | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1771 | 1135 ROYAL GORGE BLVD | CANON CITY | CO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1839 | 9080 FM 78 | CONVERSE | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1874 | 729 HIGHWAY 100 | CENTERVILLE | TN | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1903 | 710 E. BROADWAY | DRUMRIGHT | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 1935 | 8092 FERGUSON ROAD | DALLAS | TX | 1/1/09 | 12/31/2028 | 12/31/2038 | SIL |
| 1987 | 1945 W. CENTRAL | EL DORADO | KS | 9/1/14 | 8/31/2034 | 8/31/2044 | SFL |
| 2079 | 1210 W. MILLER ROAD | GARLAND | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2094 | 12312 BLUE RIDGE | GRANDVIEW | MO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2145 | 621 E. FOURTH STREET | HUTCHINSON | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2232 | 1414 E. GRAND | HAYSVILLE | KS | 9/1/09 | 8/31/2029 | 8/31/2039 | SIL |
| 2250 | 310 W. MAIN STREET | JENKS | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2319 | 10704 KINGSTON PIKE | KNOXVILLE | TN | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2360 | 717 W CENTRAL AVENUE | LA FOLLETTE | TN | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2428 | 104 ANDERSON STREET | LA JUNTA | CO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2439 | 1001 W. OKMULGEE | MUSKOGEE | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2459 | 273 E HIGHWAY 152 | MUSTANG | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2488 | 1820 GRAND AVENUE | MONTE VISTA | CO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2568 | 1921 N. YORK | MUSKOGEE | OK | 8/1/07 | 7/31/2027 | 7/31/2037 | SIL |
| 2573 | 411 FOOTHILLS MALL DRIVE | MARYVILLE | TN | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2581 | 1024 S.E. LOUIS BOULEVARD | MULVANE | KS | 9/1/08 | 8/31/2028 | 8/31/2038 | SIL |
| 2585 | 3655 N. MOUNT JULIET ROAD | MOUNT JULIET | TN | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2683 | 8701 N MINGO VALLEY EXPRESSWAY | OWASSO | OK | 9/1/08 | 8/31/2028 | 8/31/2038 | SIL |
| 2685 | 2707 S.W. 59TH | OKLAHOMA CITY | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2746 | 403 S. BROADWAY STREET | PORTLAND | TN | 6/23/15 | 6/22/2025 | 6/22/2035 | SFL |
| 2757 | 6122 N. BROADWAY STREET | PARK CITY | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2772 | 515 N. 15TH STREET | PERRY | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2849 | 1820 TEXOMA PARKWAY | SHERMAN | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2854 | 602 E. DEWEY | SAPULPA | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2869 | 6523 SAN PEDRO AVE | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2873 | 320 FARM MARKET 78 | SCHERTZ | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2904 | 5031 RIGSBY AVENUE | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2943 | 6111 INGRAM ROAD | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2949 | 7902 CULEBRA | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2950 | 1611 SOUTH GENERAL MCMULLEN | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2952 | 13131 NACOGDOCHES | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2955 | 5510 BABCOCK ROAD | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2959 | 9429 FREDERICKSBURG RD. | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2962 | 3521 BROADWAY | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2965 | 7989 BANDERA ROAD | SAN ANTONIO | TX | 8/1/07 | 7/31/2027 | 7/31/2037 | SIL |
| 2970 | 4319 SOUTH NEW BRAUNFELS | SAN ANTONIO | TX | 10/1/08 | 9/30/2028 | 9/30/2038 | SIL |
| 2973 | 2314 THOUSAND OAKS | SAN ANTONIO | TX | 10/1/08 | 9/30/2028 | 9/30/2038 | SIL |
| 2976 | 5221 DEZAVALA ROAD | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2978 | 310 MAIN STREET | SECURITY | CO | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2981 | 1730 HORAL DRIVE | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2983 | 955 EAST BITTERS ROAD | SAN ANTONIO | TX | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 2988 | 1200 E. DOWNING | TAHLEQUAH | OK | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 3049 | 11231 E. 11TH STREET S. | TULSA | OK | 3/1/09 | 2/28/2029 | 2/28/2039 | SIL |
| 3051 | 4949 E. 71ST STREET | TULSA | OK | 8/1/09 | 7/31/2029 | 7/31/2039 | SIL |
| 3055 | 8030 S. LEWIS | TULSA | OK | 11/1/09 | 10/31/2029 | 10/31/2039 | SIL |
| 3084 | 110 S. WEST STREET | WICHITA | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 3088 | 2224 S. OLIVER | WICHITA | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 3098 | 4747 S. SENECA | WICHITA | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 3106 | 7702 E. HARRY | WICHITA | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 3112 | 3828 NORTH WOODLAWN | WICHITA | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 3113 | 8612 W. MAPLE | WICHITA | KS | 9/1/14 | 8/31/2034 | 8/31/2044 | SFL |
| 3134 | 3796 MORGAN COUNTY HWY | WARTBURG | TN | 1/1/09 | 12/31/2028 | 12/31/2038 | SIL |
| 3137 | 2313 W. PAWNEE | WICHITA | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 3141 | 5429 E. CENTRAL | WICHITA | KS | 9/1/14 | 8/31/2024 | 8/31/2034 | SFL |
| 3161 | 1115 NAVY BOULEVARD | PENSACOLA | FL | 9/1/09 | 8/31/2029 | 8/31/2039 | SIL |
| 3177 | 471 MARY ESTHER BLVD | MARY ESTHER | FL | 6/7/15 | 6/6/2025 | 6/6/2035 | SFL |
| 3179 | 310 W. BAY AREA BLVD | WEBSTER | TX | 3/1/15 | 2/28/2025 | 2/28/2035 | SFL |
| 3207 | 8620 SPRING VALLEY ROAD | DALLAS | TX | 4/13/15 | 4/12/2035 | 4/12/2045 | SFL |
| 3210 | 6173 HIGHWAY 90 | MILTON | FL | 3/20/15 | 3/19/2025 | 3/19/2035 | SFL |
| 3214 | 1166 N. EGLIN PARKWAY | SHALIMAR | FL | 3/15/15 | 3/14/2025 | 3/14/2035 | SFL |
| 3251 | 606 NORTH CHELTON | COLORADO SPRINGS | CO | 8/13/15 | 8/12/2025 | 8/12/2035 | SFL |
| 3252 | 603 S EIGHTH ST | COLORADO SPRINGS | CO | 8/21/15 | 8/20/2025 | 8/20/2035 | SFL |
| 3269 | 8689 W 21ST ST | WICHITA | KS | 10/1/10 | 9/30/2030 | 9/30/2040 | SIL |
| 3310 | 2109 N.W. 122ND STREET | OKLAHOMA CITY | OK | 7/1/10 | 6/30/2030 | 6/30/2040 | SIL |
| 3318 | 2629 NACOGDOCHES ROAD | SAN ANTONIO | TX | 3/20/15 | 3/19/2025 | 3/19/2035 | SFL |
| 3376 | 2301 BLANCO RD | SAN ANTONIO | TX | 11/10/15 | 11/9/2025 | 11/9/2035 | SFL |
| 3386 | 1547 S LEWIS | TULSA | OK | 2/12/11 | 2/11/2031 | 2/11/2041 | SIL |
| 3427 | 10455 BLUE RIDGE BLVD | KANSAS CITY | MO | 3/18/11 | 3/17/2031 | 3/17/2041 | SIL |