# EXHIBIT 10

## **AMENDMENT TO LICENSE AGREEMENTS**

SONIC INDUSTRIES LLC, a Delaware limited liability company ("SIL"), SONIC FRANCHISING LLC, a Delaware limited liability company ("SFL" and together with SIL, "Licensor"), SONIC RESTAURANTS, INC., an Oklahoma corporation ("SRI"), LET'S SHAKE ON IT, L.L.C., a Texas limited liability company ("LSOI"), and SUNIL DHAROD, an individual ("Principal"), enter into this Amendment to License Agreements (this "Amendment") effective as of the 3rd day of November, 2016 (the "Effective Date").

### WITNESSETH:

WHEREAS, Licensor or its predecessor and SRI or its predecessor entered into those certain license agreements listed on Schedule 1 attached hereto (the "License Agreements") for those certain Sonic drive-in restaurants (the "Drive-Ins") listed therein;

WHEREAS, SRI and LSOI have formed Let's Shake, L.L.C., a Texas limited liability company, as a joint venture to own and operate the Drive-Ins (the "Company");

WHEREAS, SRI desires to assign an undivided interest in the License Agreements to LSOI and Principal, and Licensor consents to such assignment under the terms and conditions set forth herein;

WHEREAS, Licensor desires to modify the term of the License Agreements for Drive-Ins which are subleased by SRI to the Company under existing lease agreements with third-party lessors (the "Existing Leases"); and

WHEREAS, as a condition to entering into this Amendment, Licensor and SRI have required Principal to provide a guaranty of all obligations of LSOI under the License Agreements.

NOW THEREFORE, in consideration of the premises; of the representations, warranties and mutual covenants set forth in this Amendment; and of other good and valuable consideration, the receipt and sufficiency of which each party hereby acknowledges, the parties to this Amendment hereby agree as follows:

1. <u>Assignment of Interest in License Agreements</u>. SRI hereby assigns, transfers, and conveys an undivided interest in the License Agreements to LSOI and Principal as co-licensees.

2. <u>Consent to Assignment</u>. Each of SIL and SFL hereby consents to the foregoing assignment of an undivided interest in the applicable License Agreements to LSOI and Principal as co-licensees.

3. <u>Assumption</u>. LSOI and Principal hereby agree to become bound by and perform all of the obligations, terms, provisions, conditions, and covenants of the License Agreements, including (without limitation) the payment of all royalty fees, advertising fees, damages, costs and expenses which Licensor may have the right to recover under the terms of the License Agreements from and after the Effective Date.

4. **Amendment of License Terms.** With respect to the License Agreements for the Drive-Ins set forth on Schedule 2 attached hereto (the "Subleased Drive-Ins"), the parties agree as follows:

(a) If the term (including renewal options) of an Existing Lease (or any amendment thereto or new lease agreement in replacement thereof executed by the Company on or before December 31, 2022) for the Subleased Drive-In expires prior to the end of the current license term set forth in the License Agreement for the Subleased Drive-In, then the licensee(s) may elect to terminate the License Agreement for such Subleased Drive-In without penalty upon expiration of the Existing Lease.

(b) Provided LSOI or Principal is not then in default under the applicable License Agreement, if the term (including renewal options) of the License Agreement for a Subleased Drive-In expires prior to the end of the term (including renewal options) of the Existing Lease (or any amendment thereto or new lease agreement in replacement thereof executed by the Company on or before December 31, 2022) for such Subleased Drive-In, then Licensor will extend the term of the License Agreement through the expiration date of the Existing Lease.

5. **Business Activities of LSOI.** The business activities of LSOI shall consist only of the development, acquisition, ownership, operation, and maintenance of Sonic drive-in restaurants.

6. **Guaranty of Payments.** Subject to the limitations set forth in Section 6.6, Principal hereby guarantees the prompt and full payment of all obligations of LSOI under the License Agreements including, but not limited to: (i) all royalties due Licensor or its Affiliates (as defined in the License Agreements) pursuant to the License Agreements, (ii) all brand contribution fees to the Sonic Brand Fund pursuant to the License Agreements, (iii) all contributions to approved advertising cooperatives pursuant to the License Agreements, (iv) all technology fees to the Brand Technology Fund pursuant to the License Agreements, and (v) any other obligations owing to Licensor or its Affiliates (as defined in the License Agreements) relating to the Drive-Ins.

6.1 **Nature of Guaranty.** Principal's guaranty shall constitute an absolute, unconditional, irrevocable, and continuing guaranty. Licensor shall not have any obligation to take any action against any other person or entity for collection of any payments prior to making any demand for payment or bringing any action against Principal.

6.2 **Permitted Actions.** From time to time, Licensor shall have the right to take, permit, or suffer to occur any "Permitted Action," as defined below, without modifying, reducing, waiving, releasing, impairing or otherwise affecting the obligations of Principal under this Amendment, without giving notice to Principal or obtaining Principal's consent, without the necessity of any reservations of rights against Principal, and without liability on the part of Licensor. As used in this Section 6.2, the phrase "Permitted Action" shall mean (a) an agreed extension of time for payment of any sum

due under any License Agreement, (b) an agreed change in the manner or place of payment of any sums due under any License Agreement, (c) any waiver by Licensor of any defaults under the provisions of any License Agreement, (d) any delay or failure by Licensor to exercise any right or remedy Licensor may have under any License Agreement, (e) the granting by Licensor of any leniencies, waivers, extensions, and indulgences under any License Agreement, and (f) any amendments to any License Agreement.

6.3   Waiver of Notice of Acceptance. Principal acknowledges and waives notice of Licensor's acceptance of Principal's guaranty pursuant to the terms of this Amendment.

6.4   Restrictions on Transfer. LSOI shall not issue any additional ownership interests of LSOI without the prior, written consent of Licensor. Principal shall not transfer, assign, or pledge any of his ownership interest in LSOI to any person without the prior, written consent of Licensor.

6.5   Guaranty Disputes. Any dispute between Licensor, SRI, LSOI, and/or Principal concerning the Principal's guaranty as provided for in this Amendment will be resolved in accordance with the Resolution of Disputes provision contained in the License Agreements. However, if Licensor files suit to enforce the provisions of this Amendment, the federal and state courts in Oklahoma shall have personal jurisdiction over Principal. Principal expressly waives any and all objections as to venue in any of those courts and agrees that Licensor may serve process by mailing a copy of the summons by certified mail, return receipt requested, with sufficient postage prepaid, to the address of Principal as specified in this Amendment. In any action brought by Licensor to enforce the obligations of Principal under this Amendment, Licensor shall also have the right to collect its reasonable attorneys' fees, including the cost associated with its in-house counsel, court costs, and expenses incurred in the action.

6.6   Guaranty Limitation. As long as SRI is a member of the Company, then Principal's maximum liability and obligation under the guaranty provisions in this Amendment shall not exceed seventy-five percent (75%) of the obligations of LSOI, Principal and SRI as co-licensees under the License Agreements, plus the costs of collection and enforcement incurred by Licensor in connection with enforcement of its rights under this Amendment. In the event SRI is no longer a member of the Company, then Principal's liability and obligation under the guaranty provisions of this Amendment shall be unlimited. In the event SRI purchases the entire membership interests of LSOI in the Company, then Principal shall be released from any liability under the guaranty provisions of this Amendment upon the closing of such purchase. Principal shall not be liable for any obligations arising under the guaranty provisions of this Amendment to the extent that such obligations are caused by SRI's failure to make a capital contribution required under Section 4.3(a) of the Operating Agreement of the Company.

6.7   Letter of Credit and Release of Guaranty. At any time after the Effective Date, Principal may provide an irrevocable standby letter of credit in favor of Licensor

and its Affiliates in the amount of Two Million and No/100 Dollars ($2,000,000.00) (the "Letter of Credit") on such terms and with such financial institution as is reasonably satisfactory to Licensor to secure Principal's obligations under this Amendment. Upon receipt and approval by Licensor of the Letter of Credit, Principal will be released from the guaranty hereunder.

7.  Release and Covenant Not To Sue. LSOI and Principal, each for itself and its beneficiaries, successors and assigns, hereby releases Licensor, Sonic Corp., a Delaware corporation ("Sonic Corp.") and its subsidiaries and Affiliates, together with their respective directors, officers, employees, agents, attorneys, stockholders, members, and partners, from any and all claims, demands, and causes of action, known or unknown, which may exist in favor of LSOI or Principal as of the date of this Amendment. LSOI and Principal further covenant not to file or pursue any legal action or complaint against any of the foregoing persons or entities on account of any of the foregoing claims or causes of action released pursuant to this Amendment. Notwithstanding the foregoing, nothing contained in the release under this Amendment shall alter or impact any obligations or liability that SRI may now or hereafter have under the terms and conditions of the Acquisition Agreement.

8.  Headings. The headings used in this Amendment appear strictly for the parties' convenience in identifying the provisions of this Amendment and shall not affect the construction or interpretation of the provisions of this Amendment.

9.  Binding Effect. This Amendment binds and inures to the benefit of the parties and their respective successors, legal representatives, heirs, and permitted assigns.

10. Waiver. The failure of a party to insist in any one or more instances on the performance of any term or condition of this Amendment shall not operate as a waiver of any future performance of that term or condition.

11. Amendments. No amendments to this Amendment shall become effective or binding on the parties, unless agreed to in writing by all of the parties hereto.

12. Notice. Except as otherwise provided in this Amendment, when this Amendment makes provision for notice or concurrence of any kind, the sending party shall deliver or address the notice to the other party by certified mail (postage pre-paid), telecopy, or nationally-recognized overnight delivery service to the following address or telecopy number:

SRI or Licensor:         300 Johnny Bench Drive
                         Oklahoma City, Oklahoma 73104
                         Attention: General Counsel
                         Fax: (405) 225-5973

LSOI or Principal:       1355 Noel Road, Suite 1645
                         Dallas, Texas 75240
                         Attention: Sunil Dharod
                         Fax: (972) 644-9490

        With copy to:        Doerner, Saunders, Daniel & Anderson, L.L.P.
        105 N. Hudson Ave., Suite 1000
        Oklahoma City, Oklahoma 73102
        Attention: D. Benham Kirk
        Fax: (405) 319-3536

All notices pursuant to the provisions of this Amendment shall run from the date that the party delivers the notice to the other parties or three business days after the party places the notice in the United States mail, postage fully pre-paid. Each party may change the party's address by giving written notice to the other parties.

      13.    Time. Time constitutes an essential part of each and every part of this Amendment.

      14.    Governing Law. Notwithstanding the place where the parties execute this Amendment or the location of the Drive-Ins, the internal laws of Oklahoma, without regard for the principles of conflicts of law thereof, shall govern the construction of the terms and the application of the provisions of this Amendment.

      15.    Severability. If a court of competent jurisdiction holds any provision of this instrument invalid or ineffective with respect to any person or circumstance, the holding shall not affect the remainder of this instrument or the application of this instrument to any other person or circumstance. If a court of competent jurisdiction holds any provision of this instrument too broad to allow enforcement of the provision to its full extent, the court shall have the power and authority to enforce the provision to the maximum extent permitted by law and may modify the scope of the provision accordingly pursuant to an order of the court.

      16.    Attorneys' Fees, Costs and Expenses. In any action brought by any party to enforce the obligations of any other party, the prevailing party shall have the right to collect that party's reasonable attorneys' fees, court costs, and expenses incurred in the action.

      17.    Counterparts. This Amendment may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

**[Signatures on the Following Page]**

Executed as of the day and year first set forth above.

SIL:   SONIC INDUSTRIES LLC, a Delaware limited liability company

By: _____
    Vice President

SFL:   SONIC FRANCHISING LLC, a Delaware limited liability company

By: _____
    Vice President

SRI:   SONIC RESTAURANTS, INC., an Oklahoma corporation

By: _____
    Vice President

LSOI:  LET'S SHAKE ON IT, L.L.C., a Texas limited liability company

By: _____
    Sunil Dharod, Managing Member

PRINCIPAL:  _____
            SUNIL DHAROD, an individual

01069956.DOCX                               6

Executed as of the day and year first set forth above.

SIL:                    SONIC INDUSTRIES LLC, a Delaware limited
                        liability company

                        By:_____
                            Vice President

SFL:                    SONIC FRANCHISING LLC, a Delaware limited
                        liability company

                        By:_____
                            Vice President

SRI:                    SONIC RESTAURANTS, INC., an Oklahoma
                        corporation

                        By:_____
                            Vice President

LSOI:                   LET'S SHAKE ON IT, L.L.C., a Texas limited
                        liability company

                        By: /s/ Sunil Dharod
                            Sunil Dharod, Managing Member

PRINCIPAL:              /s/ Sunil Dharod
                        SUNIL DHAROD, an individual

01069956.DOCX                           6

## Schedule 1

### License Agreements

| Store # | Address | City | State | License Type | Current Royalty Rate | License/ Renewal Date | Expiration Date | Licensor* |
|---|---|---|---|---|---|---|---|---|
| 1839 | 9080 FM 78 | CONVERSE | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2869 | 6523 SAN PEDRO AVE | SAN ANTONIO | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2873 | 320 FARM MARKET 78 | SCHERTZ | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2904 | 5031 RIGSBY AVENUE | SAN ANTONIO | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2943 | 6111 INGRAM ROAD | SAN ANTONIO | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2949 | 7902 CULEBRA | SAN ANTONIO | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2950 | 1611 SOUTH GENERAL MCMULLEN | SAN ANTONIO | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2952 | 13131 NACOGDOCHES | SAN ANTONIO | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2955 | 5510 BABCOCK ROAD | SAN ANTONIO | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2958 | 3824 FREDERICKSBURG RD. | SAN ANTONIO | TX | 6A | 6 | 10/3/06 | 10/2/36 | SIL |
| 2959 | 9429 FREDERICKSBURG RD. | SAN ANTONIO | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2962 | 3521 BROADWAY | SAN ANTONIO | TX | 4.2 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2965 | 7989 BANDERA ROAD | SAN ANTONIO | TX | 7 | 7 | 8/1/07 | 7/31/37 | SIL |
| 2970 | 4319 SOUTH NEW BRAUNFELS | SAN ANTONIO | TX | 7 | 7 | 10/1/08 | 9/30/38 | SIL |
| 2973 | 2314 THOUSAND OAKS | SAN ANTONIO | TX | 7 | 7 | 10/1/08 | 9/30/38 | SIL |
| 2976 | 5221 DEZAVALA ROAD | SAN ANTONIO | TX | 5.1 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2981 | 1730 HORAL DRIVE | SAN ANTONIO | TX | 5.1 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 2983 | 955 EAST BITTERS ROAD | SAN ANTONIO | TX | 5.1 | 7 | 9/1/14 (renewal) | 8/31/34 | SFL |
| 3318 | 2629 NACOGDOCHES ROAD | SAN ANTONIO | TX | 5.1 | 7 | 3/20/15 (renewal) | 3/19/35 | SFL |
| 3376 | 2301 BLANCO RD | SAN ANTONIO | TX | 5.1 | 7 | 11/10/15 (renewal) | 11/9/35 | SFL |
| 3465 | 6608 FM 78 | SAN ANTONIO | TX | 5.1 | 5.1 | 6/24/96 | 6/23/26 | SIL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3532 | 16401 NACOGDOCHES ROAD | SAN ANTONIO | TX | 5.1 | 5.1 | 2/27/97 | 2/26/27 | SIL |
| 3630 | 351 VALLEY HI DRIVE | SAN ANTONIO | TX | 5.1 | 5.1 | 8/4/97 | 8/3/27 | SIL |
| 3659 | 422 S. ZORZAMORA | SAN ANTONIO | TX | 5.1 | 5.1 | 11/5/97 | 11/4/27 | SIL |
| 3696 | 14635 HUEBNER ROAD | SAN ANTONIO | TX | 5.1 | 5.1 | 11/5/97 | 11/4/27 | SIL |
| 3709 | 1281 JUNCTION HIGHWAY | KERRVILLE | TX | 6 | 6 | 2/17/98 | 2/16/28 | SIL |
| 3841 | 10831 POTRANCO ROAD | SAN ANTONIO | TX | 6 | 6 | 7/8/98 | 7/7/28 | SIL |
| 3849 | 2135 IH35 NORTH | SAN ANTONIO | TX | 6 | 6 | 8/10/98 | 8/9/28 | SIL |
| 3851 | 121 WEST BANDERA | BOERNE | TX | 6 | 6 | 9/16/98 | 9/15/28 | SIL |
| 3898 | 11725 O'CONNOR ROAD | SAN ANTONIO | TX | 6 | 6 | 10/27/98 | 10/26/28 | SIL |
| 3933 | 18535 US HIGHWAY 281 N | SAN ANTONIO | TX | 6A | 6 | 5/13/99 | 5/12/29 | SIL |
| 3934 | 6341 PEARSALL ROAD | SAN ANTONIO | TX | 6A | 6 | 5/13/99 | 5/12/29 | SIL |
| 4043 | 973 BANDERA ROAD | SAN ANTONIO | TX | 6A | 6 | 9/20/99 | 9/19/29 | SIL |
| 4060 | 3510 ROOSEVELT AVENUE | SAN ANTONIO | TX | 6A | 6 | 1/10/01 | 1/9/31 | SIL |
| 4094 | PO BOX 1626/ 1013 MAIN STREET | BANDERA | TX | 6A | 6 | 9/26/00 | 9/25/30 | SIL |
| 4117 | 811 SAN PEDRO | SAN ANTONIO | TX | 6A | 6 | 2/24/00 | 2/23/30 | SIL |
| 4276 | 10885 FM 471 WEST | SAN ANTONIO | TX | 6A | 6 | 5/14/01 | 5/13/31 | SIL |
| 4451 | 12405 BANDERA ROAD | HELOTES | TX | 6A | 6 | 8/20/01 | 8/19/31 | SIL |
| 4575 | 4318 VANCE JACKSON ROAD | SAN ANTONIO | TX | 6A | 6 | 12/28/01 | 12/27/31 | SIL |
| 4869 | 9424 WEST FM 471 | SAN ANTONIO | TX | 6A | 6 | 8/7/03 | 8/6/33 | SIL |
| 5134 | 1435 AUSTIN HWY | SAN ANTONIO | TX | 6A | 6 | 1/19/05 | 1/18/35 | SIL |
| 5158 | 1727 SIDNEY BAKER | KERRVILLE | TX | 6A | 6 | 5/26/04 | 5/25/34 | SIL |
| 5210 | 2209 NW MILITARY HWY | CASTLE HILL | TX | 6A | 6 | 11/23/04 | 11/22/34 | SIL |
| 5214 | 4623 IH 35 SOUTH | SAN ANTONIO | TX | 6A | 6 | 3/15/05 | 3/14/35 | SIL |
| 5333 | 9703 POTEET-JOURDANTON FWY | SAN ANTONIO | TX | 6A | 6 | 2/27/06 | 2/26/36 | SIL |
| 5391 | 24039 I-10 WEST | SAN ANTONIO | TX | 6A | 6 | 3/23/06 | 3/22/36 | SIL |
| 5439 | 8738 POTRANCO ROAD | SAN ANTONIO | TX | 6A | 6 | 6/9/06 | 6/8/36 | SIL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5676 | 9684 WEST LOOP 1604 NORTH | SAN ANTONIO | TX | 6A | 6 | 5/10/07 | 5/9/37 | SIL |
| 5703 | 8316 HAUSMAN RD | SAN ANTONIO | TX | 6A | 6 | 9/20/07 | 9/19/37 | SIL |
| 5826 | 5630 WURZBACH | SAN ANTONIO | TX | 6A | 6 | 3/10/08 | 3/9/38 | SIL |
| 5918 | 3035 TPC PKWY | SAN ANTONIO | TX | 6A | 6 | 11/21/08 | 11/20/38 | SIL |
| 6450 | 4039 S LOOP 1604 E | SAN ANTONIO | TX | 7 | 7 | 11/4/14 | 11/3/44 | SIL |
| 5472 | 230 S WW WHITE RD | SAN ANTONIO | TX | 6A | 6 | 2/27/06 | 2/26/36 | SIL |

*SFL is Sonic Franchising LLC.  SIL is Sonic Industries LLC.

## Schedule 2

### Subleased Drive-Ins

| CIF # | Address | City | State |
|---|---|---|---|
| 2869 | 6523 SAN PEDRO AVE | SAN ANTONIO | TX |
| 2904 | 5031 RIGSBY AVENUE | SAN ANTONIO | TX |
| 2950 | 1611 SOUTH GENERAL MCMULLEN | SAN ANTONIO | TX |
| 2952 | 13131 NACOGDOCHES | SAN ANTONIO | TX |
| 2955 | 5510 BABCOCK ROAD | SAN ANTONIO | TX |
| 2958 | 3824 FREDERICKSBURG RD. | SAN ANTONIO | TX |
| 2959 | 9429 FREDERICKSBURG RD. | SAN ANTONIO | TX |
| 2962 | 3521 BROADWAY | SAN ANTONIO | TX |
| 2965 | 7989 BANDERA ROAD | SAN ANTONIO | TX |
| 2970 | 4319 SOUTH NEW BRAUNFELS | SAN ANTONIO | TX |
| 2973 | 2314 THOUSAND OAKS | SAN ANTONIO | TX |
| 2976 | 5221 DEZAVALA ROAD | SAN ANTONIO | TX |
| 2983 | 955 EAST BITTERS ROAD | SAN ANTONIO | TX |
| 3318 | 2629 NACOGDOCHES ROAD | SAN ANTONIO | TX |
| 3376 | 2301 BLANCO RD | SAN ANTONIO | TX |
| 3465 | 6608 FM 78 | SAN ANTONIO | TX |
| 3532 | 16401 NACOGDOCHES ROAD | SAN ANTONIO | TX |
| 3630 | 351 VALLEY HI DRIVE | SAN ANTONIO | TX |
| 3659 | 422 S. ZORZAMORA | SAN ANTONIO | TX |
| 3696 | 14635 HUEBNER ROAD | SAN ANTONIO | TX |
| 3709 | 1281 JUNCTION HIGHWAY | KERRVILLE | TX |
| 3841 | 10831 POTRANCO ROAD | SAN ANTONIO | TX |
| 3849 | 2135 IH35 NORTH | SAN ANTONIO | TX |
| 3851 | 121 WEST BANDERA | BOERNE | TX |
| 3898 | 11725 O'CONNOR ROAD | SAN ANTONIO | TX |
| 3933 | 18535 US HIGHWAY 281 N | SAN ANTONIO | TX |
| 3934 | 6341 PEARSALL ROAD | SAN ANTONIO | TX |
| 4043 | 973 BANDERA ROAD | SAN ANTONIO | TX |
| 4060 | 3510 ROOSEVELT AVENUE | SAN ANTONIO | TX |
| 4094 | PO BOX 1626/ 1013 MAIN STREET | BANDERA | TX |
| 4117 | 811 SAN PEDRO | SAN ANTONIO | TX |
| 4276 | 10885 FM 471 WEST | SAN ANTONIO | TX |
| 4451 | 12405 BANDERA ROAD | HELOTES | TX |
| 4575 | 4318 VANCE JACKSON ROAD | SAN ANTONIO | TX |
| 4869 | 9424 WEST FM 471 | SAN ANTONIO | TX |
| 5214 | 4623 IH 35 SOUTH | SAN ANTONIO | TX |