# EXHIBIT 11



SONIC Drive-In
300 Johnny Bench Dr.
Oklahoma City, OK 73104

January 24, 2024

**VIA FEDERAL EXPRESS**
**TRACKING NO. 7749 3035 0262**
Let's Shake, LLC
ATTN: Sunil Dharod; Let's Shake On It, LLC
13355 Noel Rd., Ste. 1645
Dallas, TX 75240

**EMAIL**
SDHAROD@SSCPMANAGEMENT.COM

Re:   Notice of Default and Impending Termination of License Agreements for Sonic® Restaurants #2970, #2973, and #6450 (collectively, the "Restaurants")

Dear Licensee:

Let's Shake, LLC ("you") operates the Restaurants pursuant to those certain Sonic License Agreements (collectively, as amended, the "License Agreements") for the above-referenced Sonic® Restaurants. All capitalized terms used but not defined herein shall have the meaning set forth in those License Agreements. Furthermore, Sunil Dharod and Let's Shake On It, LLC (collectively, "Guarantors") signed that certain Transfer and Relinquishment of License Agreements dated November 25, 2020, whereby Guarantors agreed to guarantee the prompt and full payment and performance of all obligations under the License Agreements, including all royalties, brand contribution fees, brand contributions, technology fees, and any other obligations owed to us or our affiliates.

Pursuant to Section 5 of the License Agreements, you must pay Sonic Franchising, LLC ("we" or "us") a Royalty Fee (the "Royalties"), Brand Fund (the "Fund") contributions, and a Technology Fee (the "Technology Fee") on or before the tenth (10th) calendar day of each month in which they were incurred. Notwithstanding these requirements, we have been advised that you have failed to pay the required Royalties, Fund contributions, and Technology Fees on a consistent basis since the month ending September 30, 2023.

According to our records, the Restaurants currently owe us a total of **$53,213.61**, inclusive of late fees and interest. A detailed list of the outstanding invoices is attached as Exhibit A to this Notice, which is incorporated herein by reference.

As you know, the License Agreements strictly regulate your operation of the Restaurants and your failure to comply with those requirements potentially allows us to terminate the License Agreements and your right to operate the Restaurants. Specifically, Section 14.02(a) of the License Agreements gives us the right to terminate the License Agreements immediately, effective upon delivery of written notice of termination, if you "fail to pay any past due amounts owed to Sonic, whether for the Restaurant or otherwise" within thirty (30) days of receiving this Notice.



Let's Shake, LLC
ATTN: Sunil Dharod; Let's Shake On It, LLC
January 24, 2024
Page 2 of 3

This letter is formal notice of both your current financial defaults under the License Agreements and notice of your obligation, pursuant to the License Agreements and applicable law, to correct those defaults no later than thirty (30) days from the delivery of this Notice to you by paying to us $53,213.61. **If you fail to pay to us the amount owed within thirty (30) days after delivery of this Notice, then we will be entitled to pursue all legal remedies available to us at law and under the License Agreements, including without limitation, the termination of your License Agreements.**

We suggest that you give this matter your immediate attention and promptly contact Hershell Bradford at Hbradford@inspirebrands.com if you have any questions.

This Notice supplements any notice previously sent to you relating to these Restaurants. This Notice does not supersede any prior notice nor does it constitute a waiver of any rights pursuant to any such notice. We expressly reserve all other rights and remedies available to us under the License Agreements and applicable law, including, without limitation, the right to declare additional defaults due to your non-compliance.

Very truly yours,

SONIC FRANCHISING LLC

_____
Anthony Sutter (Jan 24, 2024 17:10 EST)

Anthony Sutter
Director, Franchise Counsel

Enclosure: Exhibit A – Account Statement

cc:   Bill Duffy, Hershell Bradford, Ted Tetrick, Tanishia Beacham, Craig Jacobson, Jennifer Jordan, Morgan Wester, Lisa Storey

Let's Shake, LLC
ATTN: Sunil Dharod; Let's Shake On It, LLC
January 24, 2024
Page 3 of 3

## EXHIBIT A

## ACCOUNT STATEMENT



**SONIC Drive-in**
**300 Johnny Bench Dr.**
**Oklahoma City, OK 73104**

| | |
|---|---|
| **Franchisee No:** | SDI13107 |
| **Franchisee:** | DHAROD, SUNIL |
| **Bill To Address:** | 13355 NOEL ROAD, STE. 1645<br>DALLAS, TX<br>75240 |
| **Date:** | 12-19-2023 |

**Stores:** 2970, 2973 and 6450

| Transaction Number | Transaction Date | Type | Business Unit | Due Amount | Due Date |
|---|---|---|---|---|---|
| 21277544 | 10/1/2023 | Invoice | SONIC BU | 405.93 | 10/21/2023 |
| 23240577 | 10/31/2023 | Invoice | SONIC BU | 12,535.84 | 11/10/2023 |
| 23240581 | 10/31/2023 | Invoice | SONIC BU | 10,988.67 | 11/10/2023 |
| 23240582 | 10/31/2023 | Invoice | SONIC BU | 2,472.45 | 11/10/2023 |
| 23240583 | 10/31/2023 | Invoice | SONIC BU | 992.3 | 11/10/2023 |
| 26333336 | 10/31/2023 | Invoice | SONIC BU | 1,373.58 | 11/10/2023 |
| 21284291 | 11/1/2023 | Invoice | SONIC BU | 405.93 | 11/21/2023 |
| 23341542 | 11/30/2023 | Invoice | SONIC BU | 10,457.03 | 12/10/2023 |
| 23342542 | 11/30/2023 | Invoice | SONIC BU | 9,325.62 | 12/10/2023 |
| 23342544 | 11/30/2023 | Invoice | SONIC BU | 2,098.26 | 12/10/2023 |
| 23342545 | 11/30/2023 | Invoice | SONIC BU | 992.3 | 12/10/2023 |
| 26407336 | 11/30/2023 | Invoice | SONIC BU | 1,165.70 | 12/10/2023 |

**Grand Total Due:** 53,213.61