# EXHIBIT 12



SONIC Drive-In
300 Johnny Bench Dr.
Oklahoma City, OK 73104

January 24, 2024

**VIA FEDERAL EXPRESS**
**TRACKING NO. 7749 3023 9081**
Let's Shake, LLC; Let's Shake On It, L.L.C./SRI Operating Company
ATTN: Sunil Dharod
13355 Noel Rd., Ste. 1645
Dallas, TX 75240

**EMAIL**
SDHAROD@SSCPMANAGEMENT.COM

Re:   Notice of Default and Impending Termination of License Agreements for Sonic® Restaurants #1839, #2869, #2873, #2904, #2943, #2949, #2952, #2955, #2976, #2981, #2983, #3376, #3465, #3532, #3630, #3659, #3709, #3841, #3849, #3851, #3898, #3934, #4043, #4060, #4094, #4276, #4451, #4575, #4869, #5134, #5158, #5210, #5214, #5333, #5391, #5439, #5676, #5703 and #5918 (collectively, the "Restaurants")

Dear Licensees:

Let's Shake, LLC and Let's Shake On It, L.L.C./SRI Operating Company (collectively, "you") operates the Restaurants pursuant to those certain Sonic License Agreements (collectively, as amended, the "License Agreements") for the above-referenced Sonic® Restaurants located at the following locations:

| Restaurant Number | Franchisee Entity | Date of Agreement | Location |
|---|---|---|---|
| 1839 | Let's Shake, LLC | 9/1/2014 | 9080 Fm 78 Converse, TX 78109 |
| 2869 | Let's Shake, LLC | 9/1/2014 | 6523 San Pedro Ave. San Antonio, TX 78216 |
| 2873 | Let's Shake, LLC | 9/1/2014 | 320 Farm Market 78 Schertz, TX 78154 |
| 2904 | Let's Shake, LLC | 9/1/2014 | 5031 Rigsby Avenue San Antonio, TX 78220 |
| 2949 | Let's Shake, LLC | 9/1/2014 | 7902 Culebra San Antonio, TX 78251 |
| 2952 | Let's Shake, LLC | 9/1/2014 | 13131 Nacogdoches San Antonio, TX 78217 |
| 2955 | Let's Shake, LLC | 9/1/2014 | 5510 Babcock Road San Antonio, TX 78240 |
| 2943 | Let's Shake, LLC | 9/1/2014 | 6111 Ingram Road San Antonio, TX 78238 |
| 2976 | Let's Shake, LLC | 9/1/2014 | 5221 Dezavala Road San Antonio, TX 78249 |



Let's Shake, LLC; Let's Shake On It, L.L.C./SRI Operating Company
ATTN: Sunil Dharod
January 24, 2024
Page 2 of 5

| | | | |
|---|---|---|---|
| 2981 | Let's Shake, LLC | 9/1/2014 | 1730 Horal Drive<br>San Antonio, TX 78227 |
| 2983 | Let's Shake, LLC | 9/1/2014 | 955 East Bitters Road<br>San Antonio, TX 78232 |
| 3376 | Let's Shake, LLC | 11/10/2015 | 2301 Blanco Rd<br>San Antonio, TX 78201 |
| 3465 | Let's Shake, LLC | 6/24/1996 | 6608 Fm 78<br>San Antonio, TX 78244 |
| 3532 | Let's Shake, LLC | 2/27/1997 | 16401 Nacogdoches Road<br>San Antonio, TX 78247 |
| 3630 | Let's Shake, LLC | 8/4/1997 | 351 Valley High Drive<br>San Antonio, TX 78227 |
| 3659 | Let's Shake, LLC | 11/5/1997 | 422 S Zorzamora<br>San Antonio, TX 78207 |
| 3709 | Let's Shake, LLC | 2/17/1998 | 1281 Junction Highway<br>Kerrville, TX 78028 |
| 3841 | Let's Shake, LLC | 7/8/1998 | 10831 Potranco Road<br>San Antonio, TX 78251 |
| 3849 | Let's Shake, LLC | 8/10/1998 | 2135 Ih35 North<br>San Antonio, TX 78208 |
| 3851 | Let's Shake, LLC | 9/16/1998 | 121 West Bandera<br>Boerne, TX 78006 |
| 3898 | Let's Shake, LLC | 10/27/1998 | 11725 O'Conner Road<br>San Antonio, TX 78233 |
| 3934 | Let's Shake, LLC | 5/13/1999 | 6341 Pearsall Road<br>San Antonio, TX 78242 |
| 4043 | Let's Shake, LLC | 9/20/1999 | 973 Bandera Road<br>San Antonio, TX 78228 |
| 4060 | Let's Shake, LLC | 1/10/2001 | 3510 Roosevelt Avenue<br>San Antonio, TX 78214 |
| 4094 | Let's Shake, LLC | 9/26/2000 | 1013 Main Street<br>Bandera, TX 78003 |
| 4276 | Let's Shake, LLC | 5/14/2001 | 10885 Fm 471 West<br>San Antonio, TX 78254 |
| 4451 | Let's Shake, LLC | 8/20/2001 | 12405 Bandera Road<br>Helotes, TX 78078023 |
| 4575 | Let's Shake, LLC | 12/28/2001 | 4318 Vance Jackson Road<br>San Antio, TX 78230 |
| 4869 | Let's Shake, LLC | 8/7/2003 | 9424 West Fm 471<br>San Antonio, TX 78251 |
| 5134 | Let's Shake, LLC | 1/19/2005 | 1435 Austin Hwy<br>San Antonio, TX 78209 |
| 5158 | Let's Shake, LLC | 5/26/2004 | 1727 Sidney Baker<br>Kerrville, TX 78028 |
| 5210 | Let's Shake, LLC | 11/23/2004 | 2209 Nw Military Hwy<br>Castle Hill, TX 78213 |

Let's Shake, LLC; Let's Shake On It, L.L.C./SRI Operating Company
ATTN: Sunil Dharod
January 24, 2024
Page 3 of 5

| | | | |
|---|---|---|---|
| 5214 | Let's Shake On It, L.L.C./SRI Operating Company | 3/15/2005 | 4623 Ih 35 South<br>San Antonio, TX 78225 |
| 5333 | Let's Shake, LLC | 2/27/2006 | 9703 Poteet-Jourdanton Fwy<br>San Antonio, TX 78211 |
| 5391 | Let's Shake, LLC | 3/23/2006 | 24039 I-10 West<br>San Antonio, TX 78257 |
| 5439 | Let's Shake, LLC | 6/9/2006 | 8738 Potranco Road<br>San Antonio, TX 78245 |
| 5676 | Let's Shake, LLC | 5/23/2007 | 9684 West Loop 1604 North<br>San Antonio, TX 78254 |
| 5703 | Let's Shake, LLC | 9/20/2007 | 8316 Hausman Rd<br>San Antonio, TX 78249 |
| 5918 | Let's Shake, LLC | 11/21/2008 | 3035 Tpc Pkwy<br>Saan Antonio, TX 78259 |

All capitalized terms used but not defined herein shall have the meaning set forth in that License Agreements. Furthermore, Sunil Dharod and Let's Shake On It, LLC (collectively, "Guarantors") signed that certain Transfer and Relinquishment of License Agreements dated November 25, 2020, whereby Guarantors agreed to guarantee the prompt and full payment and performance of all obligations under the License Agreements, including all royalties, brand contribution fees, brand contributions, technology fees, and any other obligations owed to us or our affiliates.

Pursuant to Section 5 of the License Agreements, you must pay Sonic Franchising, LLC ("we" or "us") a Royalty Fee (the "Royalties"), Brand Fund (the "Fund") contributions, and a Technology Fee (the "Technology Fee") on or before the twentieth (20th) calendar day of each month in which they were incurred. Notwithstanding these requirements, we have been advised that you have failed to pay the required Royalties, Fund contributions, and Technology Fees on a consistent basis since the month ending August 31, 2023.

According to our records, the Restaurants currently owe us a total of **$860,338.54**, inclusive of late fees and interest. A detailed list of the outstanding invoices is attached as <u>Exhibit A</u> to this Notice, which is incorporated herein by reference.

As you know, the License Agreements strictly regulate your operation of the Restaurants and your failure to comply with those requirements potentially allows us to terminate the License Agreements and your right to operate the Restaurants. Specifically, Section 14.03(a) of the License Agreements gives us the right to terminate the License Agreements effective upon written notice "[i]f the Licensee fails to pay any past due amounts owed to Sonic after Sonic has mailed the Licensee two or more statements at least 20 days apart." On November 29, 2023 and December 19, 2023 you received past due statements for failure to pay the required September 2023, October 2023, and November 2023 Royalties, Fund contributions, and Technology Fees.

This letter is formal notice of both your current financial defaults under the License Agreements and notice of your obligation, pursuant to the License Agreements and applicable law, to correct those defaults no later

Let's Shake, LLC; Let's Shake On It, L.L.C./SRI Operating Company
ATTN: Sunil Dharod
January 24, 2024
Page 4 of 5

than thirty (30) days from the delivery of this Notice to you by paying to us $860,338.54. **<u>If you fail to pay to us the amount owed within thirty (30) days after delivery of this Notice, then we will be entitled to pursue all legal remedies available to us at law and under the License Agreements, including without limitation, the termination of your License Agreements.</u>**

We suggest that you give this matter your immediate attention and promptly contact Hershell Bradford at Hbradford@inspirebrands.com if you have any questions.

This Notice supplements any notice previously sent to you relating to these Restaurants. This Notice does not supersede any prior notice nor does it constitute a waiver of any rights pursuant to any such notice. We expressly reserve all other rights and remedies available to us under the License Agreements and applicable law, including, without limitation, the right to declare additional defaults due to your non-compliance.

Very truly yours,

SONIC FRANCHISING LLC

*[signature]*
Anthony Sutter (Jan 24, 2024 17:09 EST)

Anthony Sutter
Director, Franchise Counsel

Enclosure:   Exhibit A – Account Statement

cc:   Bill Duffy, Hershell Bradford, Ted Tetrick, Tanishia Beacham, Craig Jacobson, Nicki Robinson, Jennifer Jordan, Morgan Wester, Lisa Storey

Let's Shake, LLC; Let's Shake On It, L.L.C./SRI Operating Company
ATTN: Sunil Dharod
January 24, 2024
Page 5 of 5

## EXHIBIT A

## ACCOUNT STATEMENT



**SONIC Drive-in**
**300 Johnny Bench Dr.**
**Oklahoma City, OK 73104**

| | |
|---|---|
| **Franchisee No:** | SDI13107 |
| **Franchisee:** | DHAROD, SUNIL |
| **Bill To Address:** | 13355 NOEL ROAD, STE. 1645 |
| | DALLAS, TX |
| | 75240 |
| **Date:** | 12-19-2023 |

**Stores:**
1839,2869,2873,2904,2943,2949,2952,2955,2976,2981,2983,3376,3465,3532,3630,3659,3709,3841,3849,3851,3898,3934,4043,4060,4094,4276,4451,4575,4869,5134,5158,5210,5214,5333,5391,5439,5676,5703 and 5918

| Transaction Number | Transaction Date | Type | Business Unit | Due Amount | Due Date |
|---|---|---|---|---|---|
| 23198641 | 9/30/2023 | Invoice | SONIC BU | 126,173.19 | 10/20/2023 |
| 23198642 | 9/30/2023 | Invoice | SONIC BU | 25,177.55 | 10/20/2023 |
| 23198643 | 9/30/2023 | Invoice | SONIC BU | 10,474.87 | 10/20/2023 |
| 23199637 | 9/30/2023 | Invoice | SONIC BU | 130,800.65 | 10/20/2023 |
| 26301353 | 9/30/2023 | Invoice | SONIC BU | 15,771.64 | 10/20/2023 |
| 21277544 | 10/1/2023 | Invoice | SONIC BU | 5,309.57 | 10/21/2023 |
| 23240576 | 10/31/2023 | Invoice | SONIC BU | 124,045.35 | 11/20/2023 |
| 23240578 | 10/31/2023 | Invoice | SONIC BU | 120,659.21 | 11/20/2023 |
| 23240579 | 10/31/2023 | Invoice | SONIC BU | 24,063.19 | 11/20/2023 |
| 23240580 | 10/31/2023 | Invoice | SONIC BU | 10,474.87 | 11/20/2023 |
| 26333337 | 10/31/2023 | Invoice | SONIC BU | 15,082.42 | 11/20/2023 |
| 21284291 | 11/1/2023 | Invoice | SONIC BU | 5,309.57 | 11/21/2023 |
| 23341543 | 11/30/2023 | Invoice | SONIC BU | 101,404.75 | 12/20/2023 |
| 23342543 | 11/30/2023 | Invoice | SONIC BU | 102,017.07 | 12/20/2023 |
| 23342546 | 11/30/2023 | Invoice | SONIC BU | 20,347.63 | 12/20/2023 |
| 23342547 | 11/30/2023 | Invoice | SONIC BU | 10,474.87 | 12/20/2023 |
| 26407335 | 11/30/2023 | Invoice | SONIC BU | 12,752.14 | 12/20/2023 |

**Grand Total Due:** 860,338.54