IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | NO. CIV-24-0474-HE |
| ) | |
| LET'S SHAKE, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants have moved to amend the scheduling order to extend various deadlines. They indicate they have spent time on settlement efforts and on unrelated litigation and therefore need an extension. Plaintiff objects, noting that defendants have not initiated any discovery since the case has been pending.[1]  In light of defendants' lack of diligence in preparing the case, the motion [Doc. #36] is **DENIED.**

**IT IS SO ORDERED**.

Dated this 3rd day of December, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] *Defendants have not filed a reply or otherwise controverted plaintiff's description of discovery efforts.*