**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SONIC INDUSTRIES LLC, ) <br> a Delaware limited liability company, and ) <br> SONIC FRANCHISING LLC, ) <br> a Delaware limited liability company, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LET'S SHAKE, L.L.C., ) <br> a Texas limited liability company, ) <br> SUNIL DHAROD, an individual, and ) <br> LET'S SHAKE ON IT, L.L.C., ) <br> a Texas limited liability company, ) <br> ) <br> Defendants. ) | Case No. 5:24-cv-00474-HE |

**JOINT MOTION FOR EXTENSION OF TIME TO MEDIATE**

COME NOW, the Plaintiffs, Sonic Industries LLC and Sonic Franchising LLC ("Plaintiffs") and the Defendants, Let's Shake, L.L.C., Sunil Dharod, and Let's Shake On It, L.L.C. ("Defendants") (collectively, the "Parties") and respectfully request this Court grant an extension of the mediation deadline by forty-five (45) days. In support, the Parties advise the Court as follows:

1. The Court entered a Scheduling Order herein [Doc. 31] on June 4, 2025.

2. The Court denied Defendants' Motion to Amend Scheduling Order [Doc. 40] on December 3, 2025.

3. Under the existing Scheduling Order, the Parties are required to mediate the case and provide a mediation report to the Court by December 15, 2025.

4.     The Parties wish to have Plaintiffs' Motion for Summary Judgment fully briefed and at issue before mediating the case.  Due to the holidays, the Parties agreed to extend the deadline for Defendants' response to the Motion for Summary Judgment by two weeks, or until December 30, 2025.

5.     A 45-day extension of the mediation deadline would make mediation more effective and allow the Parties to fully evaluate the evidence in the case.

6.     No other extensions are requested at this time, and the Parties will continue to abide by all other deadlines.

7.     The Parties make this request jointly.

8.     The proposed 45-day extension would require the Parties to mediate and provide a mediation report to the Court by Thursday, January 29, 2026.

9.     A proposed Order is being submitted contemporaneously with this Motion for the Court's convenience.

WHEREFORE, premises considered, the Parties respectfully request this Court grant a forty-five (45) day extension of the mediation deadline as outlined herein.

Submitted this 9th day of December, 2025.

| s/JOE M. HAMPTON<br>JOE M. HAMPTON, OBA No. 11851<br>TOBY M. McKINSTRY, OBA No. 17401<br>MAGGIE M. LOGAN, OBA No. 33222<br>Tomlinson McKinstry, P.C.<br>Two Leadership Square<br>211 North Robinson Ave., Suite 450<br>Oklahoma City, OK 73102<br>Telephone: (405) 702-4346<br>Facsimile: (833) 657-0184<br>joeh@tmoklaw.com<br>tobym@tmoklaw.com<br>maggiel@tmoklaw.com<br><br>**ATTORNEYS FOR PLAINTIFFS,**<br>**SONIC INDUSTRIES LLC and**<br>**SONIC FRANCHISING LLC** | s/D. BENHAM KIRK<br>D. BENHAM KIRK, OBA No. 5044<br>MICHAEL S. LINSCOTT, OBA No. 17266<br>TODD L. GRIMETT, OBA No. 21199<br>Doerner, Saunders, Daniel & Anderson, LLP<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102-5603<br>Telephone: (405) 319-3506<br>Facsimile:  (405) 319-3536<br>dbkirk@dsda.com<br>mlinscott@dsda.com<br>tgrimmett@dsda.com<br><br>**ATTORNEY FOR DEFENDANTS,**<br>**LET'S SHAKE, L.L.C.,**<br>**SUNIL DHAROD, and**<br>**LET'S SHAKE ON IT, L.L.C.** |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the NextGen CM/ECF system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/Joe M. Hampton
JOE M. HAMPTON