IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) SONIC INDUSTRIES LLC,    )
  a Delaware limited liability company, and )
(2) SONIC FRANCHISING LLC,   )
  a Delaware limited liability company,  )
            )
     Plaintiffs    )
v.            )
            ) Case No. CIV-24-474-HE
(1) LET'S SHAKE, L.L.C.,    )
  a Texas limited liability company,  )
(2) SUNIL DHAROD, individually, and  )
(3) LET'S SHAKE ON IT, L.L.C.,   )
  a Texas limited liability company,  )
            )
    Defendants.    )

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE
TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants Let's Shake, L.L.C., Sunil Dharod, and Let's Shake on It, L.L.C. (collectively "Defendants"), pursuant to Fed. R. Civ. P. 6 and LCvR 6.3, submit this Motion to Extend Deadline to Respond to Plaintiffs' Motion for Summary Judgment (Doc. 39), and state the following:

1.  Plaintiffs Sonic Industries LLC and Sonic Franchising LLC, (collectively herein as "Plaintiffs") filed their Motion for Summary Judgment on November 24, 2025. *See* Doc. 39. Thus, Defendants' response is currently due on December 16, 2025.

2.  Defendants' request additional time to properly respond to Plaintiffs' Motion for Summary Judgment. Due to *inter alia* the volume of other Court commitments and transaction closings scheduled during the month of December.

3.  Additionally, the Parties have been and continue to be involved in discussions which will hopefully lead to the resolution of at least some of the issues in this litigation.

4.    Therefore, Defendants respectfully request a fourteen (14) day extension of time within which to file a response to Plaintiffs' Motion for Summary Judgment.

5.    Defendants have conferred with Plaintiffs' counsel regarding this Motion and Plaintiffs are not opposed to the requested extension.

6.    Defendants' request for leave is made in good faith and is not sought solely for delay. Likewise, this Court's grant of the requested extension will not unduly prejudice the rights of any party involved in this case, and this request for relief is made with full reservation of rights and without waiver of any defenses or other rights that may hereafter be asserted.

7.    Defendants previously sought a 7-day extension to file a reply to Plaintiffs' Response to Defendants' Motion to Compel Arbitration, which was granted on January 28, 2025 (Doc. 14), a 12-day extension to file Defendants' Initial Disclosures, which was granted on June 17, 2025 (Doc. 33), and a Motion to Amend Scheduling Order (Doc. 36), which was recently denied citing that Defendants have not pursued discovery.  Defendants acknowledge that they have not pursued discovery at this point, but submit that their efforts have been directed at the ultimate resolution of this case not just by settlement, but by working with Plaintiffs to negotiate and close a transaction with third parties and Plaintiffs' participation that is expected to resolve the litigation entirely.  Defendants have not sought any other extensions of time with respect to the Scheduling Order in this matter.

8.    The requested extension, that is the subject of this Motion, will not impact or delay the trial date or any other deadlines in this matter.

9.    A proposed order is submitted contemporaneously herewith.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion to Extend Deadline to Respond to Plaintiffs' Motion for Summary Judgment and extend the deadline for Response from December 16 to December 30, 2025.

- 2 -

Respectfully submitted,


By:   /s/ D. Benham Kirk, OBA No. 5044
D. Benham Kirk, OBA No. 5044
Michael S. Linscott, OBA No. 17266
Todd L. Grimmett, OBA No. 21199
210 Park Avenue, Suite 1200
Oklahoma City, Oklahoma 73102-5603
dbkirk@dsda.com
mlinscott@dsda.com
tgrimmett@dsda.com
Phone: 405.319.3506
Phone: 918.591.5288
Phone: 405.898.8660
Fax: 405.319.3536
Fax: 918.925.5288
Fax: 405.898.8689
*Attorneys for Defendants*

#8945919v1

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2025, I transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF Registrants:

JOE M. HAMPTON, OBA No. 11851
TOBY M. McKINSTRY, OBA No. 17401
MAGGIE M. LOGAN, OBA No. 3322
TOMLINSON McKINSTRY, P.C.
Two Leadership Square
211 North Robinson Ave., Suite 450
Oklahoma City, OK 73102
Telephone: (405) 702-4346
Facsimile: (833) 657-0184
joeh@tmoklaw.com
tobym@tmoklaw.com
maggiel@tmoklaw.com

/s/ D. Benham Kirk
D. Benham Kirk

#8945919v1