# EXHIBIT 1

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SONIC INDUSTRIES LLC,<br>a Delaware limited liability company, and<br>(2) SONIC FRANCHISING LLC,<br>a Delaware limited liability company,<br><br>     Plaintiffs<br>v.<br><br>(1) LET'S SHAKE, L.L.C.,<br>a Texas limited liability company,<br>(2) SUNIL DHAROD, individually, and<br>(3) LET'S SHAKE ON IT, L.L.C.,<br>a Texas limited liability company,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-24-474-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

  Upon Motion of Defendants Let's Shake, L.L.C., Sunil Dharod, and Let's Shake on It, L.L.C., and for good cause shown, the Court finds that Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment [Dkt. #39], should be granted.

  IT IS THEREFORE ORDERED that Defendants Let's Shake, L.L.C., Sunil Dharod, and Let's Shake on It, L.L.C.'s time to respond to Plaintiffs' Motion for Summary Judgment is extended until December 30, 2025.  Plaintiffs may file a Response/Reply Brief by January 9, 2026.

  **IT IS SO ORDERED**.

                       _____
                       JOE HEATON
                       UNITED STATES DISTRICT JUDGE