IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC,<br>a Delaware limited liability company, and<br>SONIC FRANCHISING LLC,<br>a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>LET'S SHAKE, L.L.C.,<br>a Texas limited liability company,<br>SUNIL DHAROD, an individual, and<br>LET'S SHAKE ON IT, L.L.C.,<br>a Texas limited liability company,<br><br>    Defendants. | Case No. 5:24-cv-00474-HE |

## ORDER

This matter is before the Court on the Joint Motion for Extension of Time to Mediate. [Doc. #41].

**IT IS ORDERED** that the Parties are hereby granted an additional forty-five (45) days, or until January 29, 2026, to conduct mediation of this matter.

**IT IS SO ORDERED**.

Dated this 10th day of December, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE