IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC,<br>a Delaware limited liability company, and<br>SONIC FRANCHISING LLC,<br>a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>LET'S SHAKE, L.L.C.,<br>a Texas limited liability company,<br>SUNIL DHAROD, an individual, and<br>LET'S SHAKE ON IT, L.L.C.,<br>a Texas limited liability company,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:24-cv-00474-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Defendants' unopposed motion for extension of time [Doc. #42] is **GRANTED**.

Defendants shall file their summary judgment response on or before December 30, 2025.

**IT IS SO ORDERED**.

Dated this 10th day of December, 2025.

                     _____
                     JOE HEATON
                     UNITED STATES DISTRICT JUDGE