**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SONIC INDUSTRIES LLC, ) <br> a Delaware limited liability company, and ) <br> SONIC FRANCHISING LLC, ) <br> a Delaware limited liability company, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LET'S SHAKE, L.L.C., ) <br> a Texas limited liability company, ) <br> SUNIL DHAROD, an individual, and ) <br> LET'S SHAKE ON IT, L.L.C., ) <br> a Texas limited liability company, ) <br> ) <br> Defendants. ) | Case No. 5:24-cv-00474-HE |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

In accordance with the Court's Scheduling Order (Doc 31), Plaintiffs Sonic Industries LLC and Sonic Franchising LLC ("Plaintiffs"), provide the following objections to Defendants Let's Shake, L.L.C., Sunil Dharod and Let's Shake On It, L.L.C.'s ("Defendants") Preliminary Witness and Exhibit Lists. Defendants did not file Final Witness and Exhibit Lists. Plaintiffs are instead providing objections to Defendants' Preliminary Witness and Exhibit Lists that were served on November 3, 2025, and attached hereto as Exhibit 1.

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PRELIMINARY LIST OF WITNESSES

| No. | Name/Address | Subject Matter | Objection |
|---|---|---|---|
| 1. | Representative of Sonic Industries LLC<br>c/o Plaintiffs' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. | |
| 2. | Representative of Sonic Franchising LLC<br>c/o Plaintiffs' Counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. | |
| 3. | Bill Duffy<br>c/o Plaintiffs' counsel | Facts and circumstances concerning Plaintiffs' claims and alleged damages. | |
| 4. | Sunil Dharod<br>c/o Defendants' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. | |
| 5. | Christopher Korst<br>c/o Defendants' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. | |
| 6. | John Fox<br>c/o Defendants' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. | |
| 7. | David Morris<br>c/o Defendants' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. | |
| 8. | Andrew Ritger<br>c/o Plaintiffs' counsel | Facts and circumstances related to initial acquisition of stores from SRI to Let's Shake, LLC, and all matters related thereto. | Relevance. FRE 401-403. |

| No. | Name/Address | Subject Matter | Objection |
|---|---|---|---|
| 9. | Eddie Saroch<br>c/o Defendants' counsel | Facts and circumstances concerning development history and opportunities within the San Antonio DMA, and matters related to Let's Shake's development efforts. | Relevance. FRE 401-403. |
| 10. | Johnny Jones<br>c/o Plaintiffs' counsel | Facts and circumstances related to Let's Shake's development efforts and matters related thereto. | Relevance. FRE 401-403. |
| 11. | Kerry Assa<br>c/o Defendants' counsel | Facts and circumstances related to Let's Shake's development efforts and matters related thereto. | Relevance. FRE 401-403. |
| 12. | Claudia San Pedro<br>c/o Plaintiffs' counsel | Facts and circumstances concerning conversations and communications with representatives of Let's Shake and its affiliates regarding development efforts and opportunities and matters related thereto. | Relevance. FRE 401-403. |
| 13. | Any witness identified in subsequent discovery or depositions. | | Not properly identified by Court deadline (Doc. 31). Additional objections reserved until witnesses identified. |
| 14. | Any witness identified on Plaintiffs' Final Witness List not objected to by Defendants. | | Not properly identified by Court deadline (Doc. 31). |
| 15. | Any record custodian(s) necessary to authenticate documents. | | Not properly identified by Court deadline (Doc. 31). |
| 16. | Any witness necessary for rebuttal. | | Not properly identified by Court deadline (Doc. 31). Additional objections reserved until witnesses identified. |

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PRELIMINARY LIST OF EXHIBITS

| No. | Exhibit | Objection |
|---|---|---|
| 1. | Transfer agreements identified in Plaintiffs' complaint. | |
| 2. | License agreements identified in Plaintiffs' complaint. | |
| 3. | Information and records relating to damages. | Not properly identified by Court deadline (Doc. 31). Hearsay, FRE 801-802; Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE 901. Additional objections reserved until properly identified. |
| 4. | All other agreements entered into between Plaintiffs and Defendants related to the claims and defenses asserted in this case. | Not properly identified by Court deadline (Doc. 31). Hearsay, FRE 801-802; Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE 901. Additional objections reserved until properly identified. |
| 5. | All exhibits listed by Plaintiffs, subject to objection by Defendants. | Hearsay, FRE 801-802; Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE 901. Additional objections reserved until properly identified. |
| 6. | Email communications between Plaintiffs and Defendants related to the claims and defenses asserted in this case. | Not properly identified by Court deadline (Doc. 31). Hearsay, FRE 801-802; Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE 901. Additional objections reserved until properly identified. |
| 7. | Other communications between Plaintiffs and Defendants. | Not properly identified by Court deadline (Doc. 31). Hearsay, FRE 801-802; Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE 901. Additional objections reserved until properly identified. |
| 8. | Any additional documents produced by Defendants to which Plaintiffs do not object. | Not properly identified by Court deadline (Doc. 31). Hearsay, FRE 801-802; Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE |

| No. | Exhibit | Objection |
|---|---|---|
|  |  | 901.  Additional objections reserved until properly identified. |
| 9. | All documents produced during discovery. | Not properly identified by Court deadline (Doc. 31).  Hearsay, FRE 801-802; Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE 901.  Additional objections reserved until properly identified. |
| 10. | All documents received in response to subpoenas. | Not properly identified by Court deadline (Doc. 31).  Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE 901.  Additional objections reserved until properly identified. |
| 11. | Other documents identified during discovery. | Not properly identified by Court deadline (Doc. 31).  Additional objections reserved until identified and produced. |
| 12. | All documents produced or identified by Plaintiff, subject to objection by Defendants. | Not properly identified by Court deadline (Doc. 31).  Hearsay, FRE 801-802; Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE 901.  Additional objections reserved until properly identified. |
| 13. | All documents or materials that support the opinions and conclusions of expert witnesses designated by Plaintiffs or other parties, subject to objection by Defendants. | Not properly identified by Court deadline (Doc. 31).  Relevance, FRE 401-403; Expert qualifications, basis of opinion, *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 759 (1993), FRE 702-703; Hearsay, FRE 801-802; Lack of foundation and/or authentication, FRE 901.  Additional objections reserved until properly identified and produced. |
| 14. | All exhibits used in depositions taken in relation to this case, subject to objection by Defendants. | Not properly identified by Court deadline (Doc. 31).  Additional objections reserved until properly identified. |
| 15. | All deposition transcripts in this case, subject to objection by Defendants. | Not properly identified by Court deadline (Doc. 31).  Additional |

| No. | Exhibit | Objection |
|---|---|---|
|  |  | objections reserved until properly identified. |
| 16. | Written discovery responses, subject to objection by Defendants. | Not properly identified by Court deadline (Doc. 31). Improper exhibit; Hearsay, FRE 801-802; Relevance, FRE 401-403; Lack of foundation and/or authentication, FRE 901. Further objections reserved until properly identified. |
| 17. | Any document or exhibit for the purpose of impeachment, rebuttal or rehabilitation. | Not properly identified by Court deadline (Doc. 31). Additional objections reserved until identified and produced. |

Respectfully submitted,

s/ *Joe M. Hampton*
JOE M. HAMPTON, OBA No. 11851
TOBY M. McKINSTRY, OBA No. 17401
MAGGIE M. LOGAN, OBA No. 33222
TOMLINSON MCKINSTRY, P.C.
Two Leadership Square
211 North Robinson Ave., Suite 450
Oklahoma City, OK 73102
Telephone: (405) 702-4346
Facsimile: (833) 657-0184
joeh@tmoklaw.com
tobym@tmoklaw.com
maggiel@tmoklaw.com

**ATTORNEYS FOR PLAINTIFFS,
SONIC INDUSTRIES LLC and
SONIC FRANCHISING LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2025, I authorized the electronic filing of the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the email address denoted on the Electronic Mail Notice List.

                                                              s/*Joe M. Hampton*
                                                              JOE M. HAMPTON