NOT FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC, a Delaware limited liability company, and SONIC FRANCHISING LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> LET'S SHAKE, L.L.C., a Texas limited liability company, SUNIL DHAROD, an individual, and LET'S SHAKE ON IT, L.L.C., a Texas limited liability company, <br><br> Defendants. | Case No. 5:24-cv-00474-HE |

## DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendants Let's Shake, L.L.C., Sunil Dharod, and Let's Shake On It, L.L.C. ("Defendants") submits the following preliminary list of witnesses and exhibits pursuant to the Court's Scheduling Order.[1]  In so doing, Defendants reserve the right to further amend and/or supplement these lists pending completion of discovery:

### WITNESSES

| No. | Name/Address | Subject Matter |
|---|---|---|
| 1. | Representative of Sonic Industries LLC c/o Plaintiffs' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. |

---

[1] Defendants filed a Motion to Amend Scheduling Order on October 31, 2025, which would extend the deadline for submitting Preliminary Witness and Exhibit Lists.  Defendants reserve their right to amend and/or supplement this disclosure if the motion is granted.

**EXHIBIT 1**

| No. | Name/Address | Subject Matter |
|---|---|---|
| 2. | Representative of Sonic Franchising LLC c/o Plaintiffs' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. |
| 3. | Bill Duffy c/o Plaintiffs' counsel | Facts and Circumstances concerning Plaintiffs' claims and alleged damages. |
| 4. | Sunil Dharod c/o Defendants' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. |
| 5. | Christopher Korst c/o Defendants' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. |
| 6. | John Fox c/o Defendants' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. |
| 7. | David Morris c/o Defendants' counsel | All facts, circumstances, and information regarding the Plaintiffs' allegations, including damages and Defendants' defenses thereto. |
| 8. | Andrew Ritger c/o Plaintiffs' counsel | Facts and circumstances related to initial acquisition of stores from SRI to Let's Shake, LLC, and all matters related thereto. |
| 9. | Eddie Saroch c/o Defendants' counsel | Facts and circumstances concerning development history and opportunities within the San Antonio DMA, and matters related to Let's Shake's development efforts. |
| 10. | Johnny Jones c/o Plaintiffs' counsel | Facts and circumstances related to Let's Shake's development efforts and matters related thereto. |
| 11. | Kerry Assa c/o Defendants' counsel | Facts and circumstances related to Let's Shake's development efforts and matters related thereto. |

| No. | Name/Address | Subject Matter |
|---|---|---|
| 12. | Claudia San Pedro c/o Plaintiffs' counsel | Facts and circumstances concerning conversations and communications with representatives of Let's Shake and its affiliates regarding development efforts and opportunities and matters related thereto. |
| 13. | Any witness identified in subsequent discovery or depositions | |
| 14. | Any witness identified on Plaintiffs' Final Witness List not objected to by Defendants | |
| 15. | Any record custodian(s) necessary to authenticate documents | |
| 16. | Any witness necessary for rebuttal | |

## EXHIBITS

| No. | Exhibit |
|---|---|
| 1. | Transfer agreements identified in Plaintiffs' complaint. |
| 2. | License agreements identified in Plaintiffs' complaint. |
| 3. | Information and records relating to damages. |
| 4. | All other agreements entered into between Plaintiffs and Defendants related to the claims and defenses asserted in this case. |
| 5. | All exhibits listed by Plaintiffs, subject to objection by Defendants. |
| 6. | Email communications between Plaintiffs and Defendants related to the claims and defenses asserted in this case. |
| 7. | Other communications between Plaintiffs and Defendants. |
| 8. | Any additional documents produced by Defendants to which Plaintiffs do not object. |
| 9. | All documents produced during discovery. |
| 10. | All documents received in response to subpoenas. |

| No. | Exhibit |
|---|---|
| 11. | Other documents identified during discovery. |
| 12. | All documents produced or identified by Plaintiff, subject to objection by Defendants. |
| 13. | All documents or materials that support the opinions and conclusions of expert witnesses designated by Plaintiffs or other parties, subject to objection by Defendants. |
| 14. | All exhibits used depositions taken in relation to this case, subject to objection by Defendants. |
| 15. | All deposition transcripts in this case, subject to objection by Defendants. |
| 16. | Written discovery responses, subject to objection by Defendants. |
| 17. | Any document or exhibit for the purpose of impeachment, rebuttal or rehabilitation. |

As discovery is not complete, Defendants reserve their right to supplement this disclosure to add additional witnesses and exhibits in accordance with the Federal Rules of Civil Procedure, any local rules, and any order of the Court.

Respectfully submitted,

*/s D. Benham Kirk*
D. Benham Kirk, OBA No. 5044
Michael S. Linscott, OBA No. 17266
Todd L. Grimmett, OBA No. 21199
Doerner, Saunders, Daniel & Anderson, LLP
210 Park Avenue, Suite 1200
Oklahoma City, Oklahoma 73102-5600
Phone: 405.319.3506
Fax: 405.319.3536
dbkirk@dsda.com
mlinscott@dsda.com
tgrimmett@dsda.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 3, 2025, a true and correct copy of the above and foregoing instrument was sent via email to the following:

    Joe M. Hampton
    Toby M. McKinstry
    Maggie M. Logan
    Tomlinson McKinstry, P.C.
    Two Leadership Square
    211 North Robinson Ave., Suite 450
    Oklahoma City, OK 73102
    joeh@tmoklaw.com
    tobym@tmoklaw.com
    maggiel@tmoklaw.com

    ***Attorneys for Plaintiffs***

                                       */s D. Benham Kirk*
                                       D. Benham Kirk