IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SONIC INDUSTRIES LLC,<br>a Delaware limited liability company, and<br>(2) SONIC FRANCHISING LLC,<br>a Delaware limited liability company,<br><br>            Plaintiffs<br>v.<br><br>(1) LET'S SHAKE, L.L.C.,<br>a Texas limited liability company,<br>(2) SUNIL DHAROD, individually, and<br>(3) LET'S SHAKE ON IT, L.L.C.,<br>a Texas limited liability company,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-24-474-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ANTHONY CARRICK

I, Anthony Carrick, declare and state as follows:

1.  I am currently a consultant to SSCP Management, Inc. ("SSCP Management"), an affiliate of Let's Shake, L.L.C. ("Let's Shake"). Prior to being appointed as a consultant to SSCP Management, I served as Executive Vice President of Finance for Let's Shake beginning in August of 2019 and continuing until September 2025. I have personal knowledge and familiarity regarding the operations of Let's Shake.

2.  I make this Declaration based on information either contained in the business records of Let's Shake, or based upon personal knowledge.

3.  I make this Declaration in support of the Response of Let's Shake and the above-named Co-Defendants in opposition to the Motion for Summary Judgment filed on behalf of Plaintiffs in the above-styled cause.



1

#8959757v1

4. In 2016, Defendant, Sunil Dharod, was approved as a Licensee of Sonic Industries. As part of Sonic's then efforts to reposition its corporate stores owned and operated by Sonic Restaurants, Inc. ("SRI"), Sonic recruited a number of new Licensees to acquire corporate stores in various markets.

5. As part of the rebranding of corporate owned stores to become Licensee stores, Let's Shake was formed by affiliates owned and controlled by Sunil Dharod and SRI to acquire and operate 53 Sonic Drive-In Restaurants located within the San Antonio, Texas designated market area, or DMA. The transaction closed effective November 3, 2016.

6. At the time of the transaction, there were a number of underperforming stores within the Portfolio acquired by Let's Shake. This reality resulted in store closures within months of the closing, and continuing thereafter through 2025. A list of the closures to date within the Portfolio is attached to this Declaration as Exhibit "A".

7. As a condition to the acquisition of the stores by Let's Shake, Let's Shake was required to enter into an Area Development Agreement committing to the development of at least five (5) additional stores within the San Antonio DMA. Unknown to Let's Shake at the time was the reality that Sonic had already entered into an Area Development Agreement ("ADA") with another Sonic Licensee to develop an additional ten (10) plus stores also within the San Antonio DMA and within the same relative timeframe. This ADA with the other Licensee reserved ten (10) points or key intersections within the San Antonio DMA exclusivity to the other Licensee.

8. This reality resulted in an already overbuilt market being committed to become further overbuilt and diluted.

9. On information and belief, Sonic declined repeated requests both pre and post-acquisition to inform Let's Shake regarding the location of the development points previously assigned to other Licensees.

10. In 2020, as a result of the worldwide pandemic due to COVID-19 (the "Pandemic"), the mandates of the World Health Organization, the President of the United States, and the Governor of the State of Texas, restaurants in Texas were restricted to drive-thru and carryout only.

11. The result of the Pandemic and the Orders in connection with the same, was to position the Sonic Brand as uniquely situated to be able to respond to the Pandemic. This resulted in a significant increase in revenue for the calendar years 2020 and 2021. The dramatic increase in revenues during the Pandemic disguised the challenges the Let's Shake Portfolio was still experiencing due to underperforming stores that were draining cash flow at a disproportionate level.

12. Following the Pandemic, Let's Shake experienced an unforeseen trifecta of circumstances beyond its control by virtue of the (i) normalization of revenues when the Pandemic was declared to have ended and dine-in restrictions were lifted, (ii) inflation driven by supply chain issues which occurred during the Pandemic and continued thereafter, creating an unusual increase in costs of goods, and (iii) the challenges of the labor force due to the reluctance or unwillingness to return to work once the Pandemic was declared to have ended.

13. The net result of these unforeseeable factors beyond the control of Let's Shake was a precipitous drop in revenues between 2020 and 2022 in excess of approximately $10 million or approximately 18% of Let's Shake's gross revenues. Additionally, Sonic's market share began to decrease system-wide with the end of the Pandemic.

#8959757v1

14. These factors coupled with Sonic's refusal to permit additional store closures on historically underperforming stores and unwillingness to approve development opportunities within the San Antonio DMA due to potential adverse impact on other franchisees, all combined to prevent Let's Shake from performing its obligations with regard to payment of royalties and other Sonic mandated fees.

15. These factors resulted in a severe decrease in operational cash flow to the point that SSCP Management that was providing general and administrative services to Let's Shake for a fee, deferred its management fees of approximately $1 million a year. That deferment continues today.

16. As part of its ongoing efforts to resolve the operational challenges of Let's Shake, Let's Shake on several occasions asked Sonic to sanction the closing of nine (9) of its grossly underperforming stores within the Portfolio despite its efforts to try to improve the sales at those locations. Sonic repeatedly denied Let's Shake this opportunity. This resulted in a further dilution of operational cash flow and exacerbated Let's Shake's inability to pay royalties and fees as revenues from the stores that were otherwise capable of meeting its obligations under the various License Agreements was needed to support the operational costs of the nine (9) stores that were underperforming. Let's Shake's ability to counter the post-Pandemic adversity was minimized, if not precluded by the direct impacts from the development of other units by other Licensees within the San Antonio DMA, having direct negative impact on Let's Shake sales

17. Recently, Sonic has permitted the closure of three (3) additional units for which leases were expiring, but the permissions were too little, too late, and the Portfolio continues to suffer due to additional underperforming stores and Sonic's continuing systemwide dilution of market share.

18. I, Anthony Carrick, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of December, 2025.

Signed by:
*Anthony Carrick*
BF905FF5F1B941A...
Anthony Carrick

**EXHIBIT "A"**
to
**DECLARATION OF ANTHONY CARRICK**

**LIST OF STORE CLOSURES**

[INSERT]

#8959757v1

EXHIBIT A
TO DECLARATION OF ANTHONY CARRICK

| Brand | Key | Store No. | Store Name | Address | City | State | Close Date |
|---|---|---|---|---|---|---|---|
| SONC | SONC-c | 2958 | 3824 Fredericksburg | 3824 Fredericksburg Rd | San Antonio | TX | 4/15/2018 |
| SONC | SONC-c | 2962 | Broadway | 3521 Broadway | San Antonio | TX | 4/30/2018 |
| SONC | SONC-c | 2965 | Bandera | 7989 Bandera Road | San Antonio | TX | 4/30/2018 |
| SONC | SONC-c | 3318 | 2629 Nacogdoches | 2629 Nacogdoches Road | San Antonio | TX | 10/8/2018 |
| SONC | SONC-c | 5472 | WW White | 230 S WW White Rd | San Antonio | TX | 2/28/2017 |
| SONC | SONC-c | 5826 | Wurzback | 5630 Wurzbach | San Antonio | TX | 3/31/2017 |
| SONC | SONC-c | 3696 | Huebner | 14635 Huebner Road | San Antonio | TX | 9/30/2021 |
| SONC | SONC-c | 3933 | 281/1604 | 18535 Us Highway 281 N | San Antonio | TX | 9/30/2021 |
| SONC | SONC-c | 4117 | San Pedro 2 | 811 San Pedro | San Antonio | TX | 8/11/2022 |
| SONC | SONC-c | 2950 | McMullen | 1611 S. General Mcmullen | San Antonio | TX | 5/1/2023 |
| SONC | SONC-c | 2959 | N Fredericksburg | 9429 Fredericksburg Rd. | San Antonio | TX | 3/31/2023 |
| SONC | SONC-c | 4276 | FM 471 W | 10885 Fm 471 West (Culebra) | San Antonio | TX | 4/21/2024 |
| SONC | SONC-c | 2943 | Ingram | 6111 Ingram Road | San Antonio | TX | 5/25/2021 |
| SONC | SONC-c | 2976 | Dezavala | 5221 Dezavala Road | San Antonio | TX | 8/31/2024 |
| SONC | SONC-c | 2952 | Nacogdoches | 13131 Nacogdoches | San Antonio | TX | 9/28/2025 |
| SONC | SONC-c | 4060 | Roosevelt | 3510 Roosevelt Avenue | San Antonio | TX | 9/21/2025 |
| SONC | SONC-c | 2949 | Culebra | 7902 Culebra | San Antonio | TX | 10/5/2025 |
| SONC | SONC-c | 3659 | Zarzamora #2 | 422 S.Zarzamora | San Antonio | TX | 10/12/2025 |

EXHIBIT A
TO DECLARATION OF ANTHONY CARRICK