IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SONIC INDUSTRIES LLC,<br>a Delaware limited liability company, and<br>(2) SONIC FRANCHISING LLC,<br>a Delaware limited liability company,<br><br>        Plaintiffs<br>v.<br><br>(1) LET'S SHAKE, L.L.C.,<br>a Texas limited liability company,<br>(2) SUNIL DHAROD, individually, and<br>(3) LET'S SHAKE ON IT, L.L.C.,<br>a Texas limited liability company,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-24-474-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF KERRY ASSA

I, Kerry Assa, declare and state as follows:

1. I am the Director of Real Estate for SSCP Management, Inc., an affiliate of Let's Shake, L.L.C. ("Let's Shake"). I have served in this capacity off and on since March, 2018. I have personal knowledge and familiarity regarding the operations of Let's Shake. My duties have included efforts to locate sites for new Sonic Drive-In Restaurants in the San Antonio Designated Market Area ("DMA").

2. I make this Declaration based on information either contained in the business records of Let's Shake or based upon personal knowledge.

3. I make this Declaration in support of the Response of Let's Shake and the above-named Co-Defendants in opposition to the Motion for Summary Judgment filed on behalf of the Plaintiffs in the above-styled cause.



1

#8960061v1

4. In November 2016, Let's Shake entered into an Area Development Agreement ("ADA") with Plaintiff Sonic Franchising, LLC. Pursuant to the ADA, Let's Shake committed to develop five (5) additional Sonic Drive-In Restaurants within the San Antonio, Texas DMA.

5. Subsequent to the execution of the ADA, there were considerable efforts made by Let's Shake to locate potential sites for development of additional Sonic Drive-In Restaurants but, each time that a site was submitted, Sonic declined to approve those sites based upon perceived adverse impact on other licensees' locations or because the location had already been contractually reserved for other Sonic licensees within the San Antonio DMA.

6. Despite Let's Shake's efforts, including the acquisition of real estate with the intent of developing Sonic Restaurants, Sonic repeatedly declined to approve any sites proposed by Let's Shake for development.

7. In one instance, Let's Shake refused to allow for a Sonic Drive-In to be developed in the development area known as The Rim because the area had previously been committed contractually to another licensee. While the other San Antonio area licensee was permitted to develop a new store in proximity to The Rim, the entire area was precluded from additional development by Sonic as opposed to simply the radius that would ordinarily apply under the license agreement for that site (1.5 miles). The result was continued preclusion of Let's Shake's development efforts to comply with the ADA.

8. Sometime later a site was finally approved but, by that time, the Pandemic had ensued and efforts to develop additional restaurants was less of a priority than addressing the challenges of the Pandemic and the fallout therefrom.

9. Similarly, Let's shake tried to get approval for a site within the Alamo Ranch Development but were advised that the site would not be approved due to the competing ADA.

#8960061v1

10. Let's Shake's efforts to locate new sites and to develop new stores was further challenged by the reality that the San Antonio DMA had been overbuilt.

11. During my tenure with Let's Shake, on information and belief, it was communicated on several occasions to Sonic that additional stores within the Let's Shake portfolio of stores needed to be closed as they were adversely affecting the entire portfolio. Sonic declined to approve these requests for closures until only very recently, following the filing of this action.

12. I, Kerry Assa, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of December, 2025.

DocuSigned by:
*Kerry Assa*
06BD1DC00F50412
Kerry Assa