IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) SONIC INDUSTRIES, LLC
a Delaware limited liability company
(2) SONIC FRANCHISING, LLC
a Delaware limited liability company

          Plaintiff(s),

v.

(1) LET'S SHAKE, L.L.C.,
a Texas limited liability company
(2) SUNIL DHAROD, an individual, and
(3) LET'S SHAKE ON IT, L.L.C.
a Texas limited liability Company

          Defendant(s)

Case No. 5:24-cv-00474-HE

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendants__, __Let's Shake, L.L.C., Sunil Dharod, and Let's Shake On It, L.L.C.__.
(Plaintiff/Defendant)      (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ **Tom Q. Ferguson**      **1/28/2026**
Signature      Date

**Tom Q. Ferguson**
Print Name

**Doerner, Saunders, Daniel & Anderson, L.L.P.**
Firm

**Two West Second Street, Suite 700**
Address

**Tulsa, OK 74103-3117**
City    State    Zip Code

**918.591.5308**
Telephone

**tferguson@dsda.com**
Internet E-mail Address

Criminal Cases Only:
☐ Retained or USA
☐ CJA Appointment
☐ Federal Public Defender
☐ Pro Bono
☐ CJA Training Panel

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on January 28, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Tom Q. Ferguson
s/ Attorney Name