# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC, a Delaware limited liability company, and SONIC FRANCHISING LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> LET'S SHAKE, L.L.C., a Texas limited liability company, SUNIL DHAROD, an individual, and LET'S SHAKE ON IT, L.L.C., a Texas limited liability company, <br><br> Defendants. | Case No. 5:24-cv-00474-HE |

## SECOND JOINT MOTION FOR EXTENSION OF TIME TO MEDIATE

COME NOW, the Plaintiffs, Sonic Industries LLC and Sonic Franchising LLC ("Plaintiffs") and the Defendants, Let's Shake, L.L.C., Sunil Dharod, and Let's Shake On It, L.L.C. ("Defendants") (collectively, the "Parties") and respectfully request this Court grant an extension of the mediation deadline by ten (10) additional days. In support, the Parties advise the Court as follows:

1. The Court entered a Scheduling Order herein [Doc. 31] on June 4, 2025.

2. The Court denied Defendants' Motion to Amend Scheduling Order [Doc. 40] on December 3, 2025.

3. On December 9, 2025, the Parties filed their First Joint Motion for Extension of Time to Mediate. [Doc. 41].

4.	The Court granted the First Joint Motion on December 10, 2025, ordering the parties to complete mediation by January 29, 2026.  [Doc. 43].

5.	The Parties used best efforts to mediate by the January 29, 2026, deadline, but due to the holidays and scheduling conflicts with counsel and the mediator, could not secure a mediation date until February 4, 2026.

6.	A 10-day extension of the mediation deadline will allow the Parties to commence their scheduled mediation, complete the initial mediation process, and provide the mediation report to the Court by February 7, 2026.

7.	No other extensions are requested at this time, and the Parties will continue to abide by all other deadlines.

8.	The Parties make this request jointly.

9.	A proposed Order is being submitted contemporaneously with this Motion for the Court's convenience.

WHEREFORE, premises considered, the Parties respectfully request this Court grant a ten (10) day extension of the mediation deadline as outlined herein.

Submitted this 28th day of January, 2026.

| | |
|---|---|
| s/MAGGIE M. LOGAN<br>JOE M. HAMPTON, OBA No. 11851<br>TOBY M. McKINSTRY, OBA No. 17401<br>MAGGIE M. LOGAN, OBA No. 33222<br>Tomlinson McKinstry, P.C.<br>Two Leadership Square<br>211 North Robinson Ave., Suite 450<br>Oklahoma City, OK 73102<br>Telephone: (405) 702-4346<br>Facsimile: (833) 657-0184<br>joeh@tmoklaw.com<br>tobym@tmoklaw.com<br>maggiel@tmoklaw.com<br><br>**ATTORNEYS FOR PLAINTIFFS,**<br>**SONIC INDUSTRIES LLC and**<br>**SONIC FRANCHISING LLC** | s/D. BENHAM KIRK<br>D. BENHAM KIRK, OBA No. 5044<br>MICHAEL S. LINSCOTT, OBA No. 17266<br>TODD L. GRIMETT, OBA No. 21199<br>TOM Q. FERGUSON<br>Doerner, Saunders, Daniel & Anderson, LLP<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102-5603<br>Telephone: (405) 319-3506<br>Facsimile: (405) 319-3536<br>dbkirk@dsda.com<br>mlinscott@dsda.com<br>tgrimmett@dsda.com<br>tferguson@dsda.com<br><br>**ATTORNEY FOR DEFENDANTS,**<br>**LET'S SHAKE, L.L.C.,**<br>**SUNIL DHAROD, and**<br>**LET'S SHAKE ON IT, L.L.C.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the NextGen CM/ECF system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/Maggie M. Logan
MAGGIE M. LOGAN