# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC, a Delaware limited liability company, and SONIC FRANCHISING LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> LET'S SHAKE, L.L.C., a Texas limited liability company, SUNIL DHAROD, an individual, and LET'S SHAKE ON IT, L.L.C., a Texas limited liability company, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) NO. 5:24-cv-00474-HE ) ) ) ) ) ) ) ) ) |

## ORDER

The parties' second motion for extension of deadline [Doc. #49] is **GRANTED**.

The deadline to complete mediation is extended to **February 7, 2026**.

**IT IS SO ORDERED**.

Dated this 29th day of January, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE