IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SONIC INDUSTRIES LLC, a Delaware limited liability company, and SONIC FRANCHISING LLC, a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>v.<br><br>LET'S SHAKE, L.L.C., a Texas limited liability company, SUNIL DHAROD, an individual, and LET'S SHAKE ON IT, L.L.C., a Texas limited liability company,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 5:24-cv-00474-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ADMINISTRATIVE CLOSING ORDER**

Plaintiffs, Sonic Industries LLC and Sonic Franchising LLC ("Plaintiffs") and Defendants, Let's Shake, L.L.C., Sunil Dharod and Let's Shake On It, L.L.C. ("Defendants") (collectively, "the Parties"), respectfully request that the Court enter an Administrative Closing Order for the following reasons:

1. The Parties participated in private mediation on February 4, 2026, but did not achieve resolution that day.

2. The Parties, assisted by the mediator, continued to explore and discuss resolution after mediation.

3. On February 13, 2026, the Parties reached an agreement in principle to resolve all issues by settlement and compromise. The agreement in principle includes three specific conditions that must be satisfied by February 28, 2026. If all three conditions are

satisfied, the settlement will become effective, final and binding on all Parties. If one or more conditions are not satisfied, the settlement will immediately become null and void and it will be necessary to resume and complete this litigation.

4. The Parties jointly request that the Court enter an Administrative Closing Order that expires on Monday, March 2, 2026. Counsel for the Parties will jointly notify the Court at that time whether the settlement has become final, effective and binding on the Parties.

5. A proposed order is submitted to the Court in accordance with LCvR5.5 and 7.1(j).

Respectfully Submitted,

| s/Joe M. Hampton<br>JOE M. HAMPTON, OBA No. 11851<br>TOBY M. McKINSTRY, OBA No. 17401<br>MAGGIE M. LOGAN, OBA No. 33222<br>Tomlinson McKinstry, P.C.<br>Two Leadership Square<br>211 North Robinson Ave., Suite 450<br>Oklahoma City, OK 73102<br>Telephone: (405) 702-4346<br>Facsimile: (833) 657-0184<br>joeh@tmoklaw.com<br>tobym@tmoklaw.com<br>maggiel@tmoklaw.com<br><br>**ATTORNEYS FOR PLAINTIFFS,**<br>**SONIC INDUSTRIES LLC and**<br>**SONIC FRANCHISING LLC** | s/Tom Q. Ferguson<br>D. BENHAM KIRK, OBA No. 5044<br>MICHAEL S. LINSCOTT, OBA No. 17266<br>TODD L. GRIMETT, OBA No. 21199<br>TOM Q. FERGUSON<br>Doerner, Saunders, Daniel & Anderson, LLP<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102-5603<br>Telephone: (405) 319-3506<br>Facsimile:  (405) 319-3536<br>dbkirk@dsda.com<br>mlinscott@dsda.com<br>tgrimmett@dsda.com<br>tferguson@dsda.com<br><br>**ATTORNEY FOR DEFENDANTS,**<br>**LET'S SHAKE, L.L.C.,**<br>**SUNIL DHAROD, and**<br>**LET'S SHAKE ON IT, L.L.C.** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 16, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the NextGen CM/ECF system for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                                s/Joe M. Hampton
                                                JOE M. HAMPTON