5N THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SONIC INDUSTRIES LLC, ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CIV-24-0474-HE |
| | ) | |
| LET'S SHAKE, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ADMINISTRATIVE CLOSING ORDER

The court is advised that the parties have reached a compromise and settlement. Accordingly, the Clerk of Court is directed to administratively terminate this action in her records without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, by **March 2, 2026**, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 17th day of February, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE